UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ROSA, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, and ANTONIO MARTINO,<br><br>Defendant. | Case Nos.: 22-CV-01936-CAB-MSB and 22-CV-1968-CAB-MSB<br><br>**ORDER GRANTING JOINT MOTION TO CONSILIDATE CASES AND ADDRESS SCHEDULING** |

On December 20, 2022, all Parties in *Rosa v. Silvergate Capital Corporation et al* (22-cv-1936-CAB-MSB) and *Guz v. Silvergate Capital Corporation et al* (22-cv-1968-CAB-MSB) filed a joint motion to consolidate cases and address scheduling. Upon review of the Parties' motion, and good cause appearing, the motion is hereby **GRANTED.**

It is **hereby ORDERED:**

1. Case No. 22-cv-1936 and Case No. 22-cv-1968 are **CONSOLIDATED**. All future filings shall be filed in 22-cv-1936-CAB-MSB, under the new name *In re Silvergate Capital Corporation Securities Litigation*.

2. All discovery and other proceedings are stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that

particularized discovery is necessary to preserve evidence or prevent undue prejudice to that party.

3. The deadline for lead plaintiff motions is **February 6, 2023**.

4. No defendant shall be required to answer or otherwise respond to the original Complaint filed in either of the above-captioned actions until after a lead plaintiff is named.

5. Once a lead plaintiff is named, counsel for the lead plaintiff and counsel for the defendants shall meet and confer regarding (1) the time for the lead plaintiff to file a consolidated amended complaint or provide notice of the lead plaintiff's intent to rely upon the original complaint in *Rosa*; (2) the time for defendants to respond to the operative complaint; and (3) the schedule for briefing any motion to dismiss that may be filed by a defendant.

It is **SO ORDERED**.

Dated: January 5, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge