UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN THOMAS, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, and ANTONIO MARTINO,<br><br>Defendants. | Case Nos.: 22-CV-01936-CAB-MSB and 23-CV-0043-CAB-MSB<br><br>**ORDER GRANTING JOINT MOTION TO CONSILIDATE CASES AND ADDRESS SCHEDULING** |

On January 17, 2023, the Parties in *Thomas v. Silvergate Capital Corp.* (Case No. 23-cv-0043-CAB-MSB) filed a joint motion to consolidate cases pursuant to Federal Rule of Civil Procedure 42(a). Upon review of the Parties' motion, and good cause appearing, the motion is hereby **GRANTED.**

It is **hereby ORDERED:**

1. Case No. 22-cv-1936 and Case No. 23-cv-0043 are **CONSOLIDATED**. All future filings shall be filed in 22-cv-1936-CAB-MSB.

2. No defendant shall be required to answer or otherwise respond to the original Complaint filed in *Thomas*, except as set forth below; and

3. Within fourteen (14) days after the Court enters an order appointing a lead plaintiff and approving plaintiff's counsel in *In re Silvergate Capital Corp. Securities Litigation*, counsel for the lead plaintiff and counsel for the defendants shall meet and confer regarding (1) the time for the lead plaintiff to file a consolidated amended complaint or provide notice of the lead plaintiff's intent to rely on an original Complaint filed in one of the actions under *In re Silvergate Capital Corp. Securities Litigation* (the "operative complaint"); (2) the time for defendants to respond to the operative complaint; and (3) the schedule for briefing any motion to dismiss that may be filed by a defendant.

It is **SO ORDERED**.

Dated:  January 17, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge