1  Robert V. Prongay (SBN 270796)
   *rprongay@glancylaw.com*
2  Charles H. Linehan (SBN 307439)
   *clinehan@glancylaw.com*
3  Pavithra Rajesh (SBN 323055)
   *prajesh@glancylaw.com*
4  **GLANCY PRONGAY & MURRAY LLP**
   1925 Century Park East, Suite 2100
5  Los Angeles, California 90067
   Telephone: (310) 201-9150
6  Facsimile: (310) 201-9160

7  *Counsel for Plaintiff Steven Rosa*

8  [Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Silvergate Capital Corporation Securities Litigation* | Case No. 3:22-cv-01936-CAB-MSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF MEMBER ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| **This Document Relates to:**<br><br>STEVEN ROSA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, and ANTONIO MARTINO,<br><br>Defendants. | Case No. 3:22-cv-01936 |

| | |
|---|---|
| 1 | NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the |
| 2 | Federal Rules of Civil Procedure, Plaintiff Steven Rosa ("Plaintiff") hereby |
| 3 | voluntarily dismisses the action captioned *Rosa v. Silvergate Capital Corporation,* |
| 4 | *et al.*, Case No. 3:22-cv-01936 without prejudice. This dismissal shall have no |
| 5 | impact on Plaintiff's ability to participate as a class member in any other class action |
| 6 | alleging substantially similar claims against the Defendants herein. |

For the avoidance of doubt, this notice of dismissal shall have no impact on the status of the remaining member actions in this consolidated action.

Dated: February 3, 2023       Respectfully Submitted,

By: */s/ Pavithra Rajesh*
**GLANCY PRONGAY & MURRAY LLP**
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**HOLZER & HOLZER, LLC**
Corey D. Holzer
211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
(770) 392-0090 (ph)
(888) 508-6832 (toll-free)
(770) 392-0029 (fax)

*Counsel for Plaintiff Steven Rosa*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On February 3, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 3, 2023, at Los Angeles, California.

*s/ Pavithra Rajesh*
Pavithra Rajesh