| | |
|---|---|
| 1 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| 2 | Jonathan D. Uslaner (Bar No. 256898) (jonathanu@blbglaw.com) |
| 3 | 2121 Avenue of the Stars, Suite 2575 Los Angeles, CA 90067 |
| 4 | Telephone: (310) 819-3470 |
| 5 | -and- |
| 6 | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| 7 | Carol V. Gilden (*pro hac vice forthcoming*) (cgilden@cohenmilstein.com) |
| 8 | 190 S. LaSalle Street, Suite 1705 Chicago, IL 60603 |
| 9 | Telephone: (312) 629-3737 |
| 10 | *Counsel for Proposed Lead Plaintiff the Institutional Investors, and* |
| 11 | *Proposed Lead Counsel for the Class* |
| 12 | [Additional counsel appear on signature page.] |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-CAB-MSB<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION OF THE INSTITUTIONAL INVESTORS FOR APPOINTMENT AS LEAD PLAINTIFF, APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**<br><br>Date: March 13, 2023<br>Dept.: Courtroom 15A, 15th Floor<br>Judge: Hon. Cathy Ann Bencivengo<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

*Caption continued on next page.*

| | | |
|---|---|---|
| 1 | INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 793, MEMBERS PENSION BENEFIT TRUST OF ONTARIO, on behalf of itself and all others similarly situated, | Case No. 3:23-cv-00099-RSH-DEB |
| 2 | | CLASS ACTION |
| 3 | | |
| 4 | | |
| 5 | Plaintiff, | |
| 6 | v. | |
| 7 | SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, ANTONIO MARTINO, KATHLEEN M. FRAHER, BENJAMIN C. REYNOLDS, DENNIS S. FRANK, MICHAEL LEMPRES, KAREN F. BRASSFIELD, ROBERT C. CAMPBELL, PAUL D. COLUCCI, THOMAS C. DIRCKS, SCOTT REED, COLLEEN SULLIVAN, AANCHAL GUPTA, GOLDMAN SACHS & CO. LLC, KEEFE, BRUYETTE & WOODS, INC., CANACCORD GENUITY LLC, COMPASS POINT RESEARCH & TRADING, LLC, CRAIG-HALLUM CAPITAL GROUP LLC, J.P. MORGAN SECURITIES LLC, and WEDBUSH SECURITIES LLC, | |
| 16 | | |
| 17 | Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 13, 2023, or as soon thereafter as the matter may be heard, in Courtroom 15A of the James M. Carter & Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California, Movants International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario, UMC Benefit Board, Inc. and Wespath Institutional Investments LLC, both as administrative trustees of the Wespath Funds Trust, Indiana Public Retirement System, Boston Retirement System, and Public School Teachers' Pension & Retirement Fund of Chicago (collectively, the "Institutional Investors") will respectfully move this Court, pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an order: (i) appointing the Institutional Investors as Lead Plaintiff; (ii) approving the Institutional Investors' selection of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") to serve as Lead Counsel for the proposed Class; (iii) consolidating the above-captioned related securities class actions (the "Related Actions"); and (iv) granting such other and further relief as the Court may deem just and proper.

PLEASE BE ADVISED THAT PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT.

This Motion is made on the grounds that the Institutional Investors believe that they are the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, the Institutional Investors timely filed this Motion and believe that they have the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $18.2 million in losses, as calculated on a last-in, first-out basis, that they incurred on their purchases of 225,252 shares of Silvergate Capital Corporation ("Silvergate") Class

A common stock between November 11, 2020 and January 5, 2023, inclusive, including shares purchased on Silvergate's secondary public offering conducted on or around December 6, 2021.  The Institutional Investors also meet the relevant requirements of Rule 23 of the Federal Rules of Civil Procedure because their claims are typical of the claims of other members of the Class, and the Institutional Investors will adequately and fairly represent the Class.  Moreover, the Institutional Investors are sophisticated institutional investors with a substantial financial stake in the litigation—precisely the sort of investors Congress intended to supervise securities litigation when it enacted the PSLRA.

In support of this Motion, the Institutional Investors submit herewith the accompanying Memorandum of Points and Authorities, the Declaration of Jonathan D. Uslaner, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Institutional Investors respectfully request that the Court enter an order: (i) appointing them as Lead Plaintiff; (ii) approving their selection of Bernstein Litowitz and Cohen Milstein to serve as Lead Counsel for the Class; (iii) consolidating the Related Actions; and (iv) granting such other and further relief as the Court may deem just and proper.

Dated:  February 6, 2023

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

-and-

Hannah Ross (*pro hac vice forthcoming*)
(hannah@blbglaw.com)
John Rizio-Hamilton (*pro hac vice forthcoming*)
(johnr@blbglaw.com)

Avi Josefson (*pro hac vice forthcoming*)
(avi@blbglaw.com)
Scott R. Foglietta (*pro hac vice forthcoming*)
(scott.foglietta@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Carol V. Gilden (*pro hac vice forthcoming*)
(cgilden@cohenmilstein.com)
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 629-3737
Fax: (312) 357-0369

-and-

Steven J. Toll (*pro hac vice forthcoming*)
(stoll@cohenmilstein.com)
Jan Messerschmidt (*pro hac vice forthcoming*)
(jmesserschmidt@cohenmilstein.com)
Brendan Schneiderman (*pro hac vice forthcoming*)
(bschneiderman@cohenmilstein.com)
1100 New York Avenue, N.W.,
Suite 500
Washington, DC 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Counsel for Proposed Lead Plaintiff the Institutional Investors, and Proposed Lead Counsel for the Class*