UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION. | Case No. 3:22-cv-01936-JES-MSB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SEAL RELEVANT EXCERPTS IN THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>**ECF No. 55** |

Defendant Silvergate Capital Corporation and the Officer and the Director Defendants (excluding Dennis S. Frank and Robert C. Campbell), moved the Court pursuant to Local Rules 7.2 and 79.2(c) and ECF Administrative Policies and Procedures 2(j), for an order sealing limited excerpts of the Amended Consolidated Class Action Complaint For Violations of the Federal Securities Laws (Dkt. 43).

After having considered the motion, and good cause appearing therefor, **IT IS HEREBY ORDERED AS FOLLOWS:**

The Court retroactively seals the excerpts in Lead Plaintiffs' Amended Consolidated Class Action Complaint For Violations of the Federal Securities Laws (Dkt. 43) identified in Exhibit A submitted with the motion. Lead Plaintiffs shall file a public copy of the Complaint that redacts the sealed portions, and the

1 | operative copy of the Complaint without redactions (Dkt. 43) shall be maintained by
2 | the Court under seal.
3 |     **IT IS SO ORDERED.**
4 |
5 | **Dated:  June 12, 2023**

*[signature]*

Honorable James E. Simmons, Jr.
Unites States District Judge