SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
jstigi@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   310.228.3700
Facsimile:   310.228.3701

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
POLLY TOWILL, Cal. Bar. No. 120420
ptowill@sheppardmullin.com
JOHN M. LANDRY, Cal. Bar No. 194374
jlandry@sheppardmullin.com
333 South Hope Street, 43d Floor
Los Angeles, California 90071-1422
Telephone:   213.620.1780
Facsimile:   213.620.1398

Attorneys for Defendants SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, ANTONIO MARTINO, KAREN F. BRASSFIELD, PAUL D. COLUCCI, THOMAS C. DIRCKS, AANCHAL GUPTA, MICHAEL LEMPRES, SCOTT A. REED and COLLEEN SULLIVAN

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION. | Case No. 3:22-cv-01936-JES-MSB<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF JOHN P. STIGI III IN SUPPORT OF SILVERGATE DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>[*Notice of Motion and Motion, Memorandum of Points & Authorities, and Request for Judicial Notice filed concurrently herewith; [Proposed] Order lodged concurrently herewith*]<br><br>Date:  November 29, 2023<br>Time: 9:00 a.m.<br>Dept.: 4B<br><br>Hon. James E. Simmons. Jr. |

I, John P. Stigi III, declare as follows:

1.    I am an attorney duly admitted to practice before this Court.  I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for defendants Silvergate Capital Corporation ("Silvergate"), Alan J. Lane, Antonio Martino, Karen F. Brassfield, Paul D. Colucci, Thomas C. Dircks, Aanchal Gupta, Michael Lempres, Scott A. Reed and Colleen Sullivan (the "Silvergate Defendants") in the above-entitled action.  I have personal knowledge of the facts stated herein, and if called as a witness, could and would testify competently thereto.

2.    A true and correct copy of relevant excerpts from Silvergate's 2021 Form 10-K, filed with the Securities and Exchange Commission ("SEC") on February 28, 2022, accessed by my office from https://www.sec.gov/edgar/search-and-access ("EDGAR"), is attached to the Silvergate Defendants' concurrently-filed Request for Judicial Notice ("RJN") as **Exhibit A**.

3.    A true and correct copy of the Superseding Indictment Against Sam Bankman-Fried filed by the United States of America in Case No. 1:22-cr-00673-LAK (S.D.N.Y), accessed by my office from https://pacer.uscourts.gov ("PACER"), is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit B**.

4.    A true and correct copy of the Memorandum Opinion Denying Motion to Dismiss Indictment Against Sam Bankman-Fried in Case No. 1:22-cr-00673-LAK (S.D.N.Y), accessed by my office from PACER, is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit C**.

5.    A true and correct copy of relevant excerpts from Silvergate's Form 10-Q for Quarter Ended June 30, 2022, filed with the SEC on August 8, 2022, accessed by my office from EDGAR, is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit D**.

6.    A true and correct copy of relevant excerpts from Silvergate's Form 10-Q for Quarter Ended September 30, 2022, filed with the SEC on November 7, 2022,

Case No. 3:15-CV-02324-GPC-KSC

accessed by my office from EDGAR, is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit E**.

7.    A true and correct copy of relevant excerpts from the Second Interim Report of FTX CEO John J. Ray III, filed on June 26, 2023, in *In re FTX Trading Ltd., et al.*, Case No. 22-11068-JTD (Bankr. Del.), accessed by my office from PACER, is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit F**.

8.    A true and correct copy of relevant excerpts from the Initial Registration Statement filed with the SEC on November 8, 2019 in connection with Silvergate's Initial Public Offering, accessed by my office from EDGAR, is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit G**.

9.    A true and correct copy of the Form 4 for Alan Lane for stock transactions on November 27, 2020, filed with the SEC on November 30, 2020, accessed by my office from EDGAR, is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit H**.

10.    A true and correct copy of the Form 4 for Alan Lane for stock transactions on November 19, 2021, filed with the SEC on November 23, 2021, accessed by my office from EDGAR, is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit I**.

11.    A true and correct copy of the Form 4 for Alan Lane for stock transactions on June 8-10, 2021, filed with the SEC on June 10, 2021, accessed by my office from EDGAR, is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit J**.

12.    A true and correct copy of relevant excerpts from the January 2021 Offering Prospectus, filed with the SEC on January 25, 2021, accessed by my office from EDGAR, is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit K**.

Case No. 3:15-CV-02324-GPC-KSC
SMRH:4891-8428-0687.1    STIGI DECLARATION ISO SILVERGATE DEFENDANTS' MOTION TO DISMISS CAC

13.     A true and correct copy of relevant excerpts from the December 2021 Offering Prospectus, filed with the SEC on December 6, 2021, accessed by my office from EDGAR, is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit L**.

14.     A true and correct copy of relevant excerpts from Silvergate's 2019 Form 10-K, filed with the SEC on March 10, 2020, accessed by my office from EDGAR, is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit M**.

15.     A true and correct copy of relevant excerpts from Silvergate's 2020 Form 10-K, filed with the SEC on March 8, 2021, accessed by my office from EDGAR, is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit N**.

16.     A true and correct copy of relevant excerpts from the Federal Financial Institutions Examination Council, *Bank Secrecy Act/Anti-Money Laundering Examination Manual* (available at https://bsaaml.ffiec.gov/manual) (accessed July 7, 2023), is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit O**.

17.     A true and correct copy of the Form 4 for Kathleen Fraher for stock transactions on November 19, 2019, filed with the SEC on November 21, 2019, accessed by my office from EDGAR, is attached to the Silvergate Defendants' concurrently-filed RJN as **Exhibit P**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2023, in Los Angeles, California.

*s/ John P. Stigi III*
JOHN P. STIGI III
Email:  jstigi@sheppardmullin.com

Case No. 3:15-CV-02324-GPC-KSC
SMRH:4891-8428-0687.1     STIGI DECLARATION ISO SILVERGATE DEFENDANTS' MOTION TO DISMISS CAC