# EXHIBIT D

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

  **For the quarterly period ending June 30, 2022**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

   **For the transition period from _____ to _____**

**Commission file number 001-39123**

# SILVERGATE CAPITAL CORPORATION
(Exact name of registrant as specified in its charter)

| **Maryland** | **33-0227337** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**4250 Executive Square, Suite 300, La Jolla, CA 92037**
(Address of principal executive offices, including zip code)

**(858) 362-6300**
(Registrant's telephone number, including area code)

**Securities Registered Pursuant to Section 12(b) of the Act:**

| <u>Title of each class</u> | <u>Trading Symbol(s)</u> | <u>Name of each exchange on which registered</u> |
|---|---|---|
| Class A Common Stock, par value $0.01 per share | SI | New York Stock Exchange |
| Depositary Shares, Each Representing a 1/40th Interest in a Share of 5.375% Fixed Rate Non-Cumulative Perpetual Preferred Stock, Series A | SI PRA | New York Stock Exchange |

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports); and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ | Emerging growth company | ☐ |
|---|---|---|---|---|---|
| Non-accelerated Filer | ☐ | Smaller reporting company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

As of August 1, 2022, the registrant had 31,657,281 shares of Class A voting common stock outstanding.

*Deposits*

Deposits are the major source of funding for the Company, substantially all of which are derived from our digital currency customer base. Deposits decreased $0.8 billion or 5.5% to $13.5 billion at June 30, 2022, compared to $14.3 billion at December 31, 2021. Noninterest bearing deposits totaled $13.4 billion, representing approximately 99.5% of total deposits at June 30, 2022, compared to $14.2 billion, representing approximately 99.5% of total deposits at December 31, 2021.

At June 30, 2022, deposits by foreign depositors amounted to $5.6 billion or 41.3% of total deposits, compared to $4.0 billion, or 28.0% of total deposits, at December 31, 2021. The Bank's 10 largest depositors accounted for $6.5 billion in deposits, or approximately 48.0% of total deposits at June 30, 2022 compared to $6.5 billion in deposits, or approximately 45.3% of total deposits at December 31, 2021.

Deposits that meet or exceed the FDIC insurance limit of $250,000 and over totaled $13.3 billion at June 30, 2022. The amounts stated for uninsured deposits as of the reported period are estimates due to the impracticability of precisely measuring amounts of uninsured deposits for accounts held through fiduciary relationships, some portion of which may qualify for "pass-through" insurance coverage under FDIC regulations. Accordingly, a portion of our reported uninsured deposits may be eligible for pass-through deposit insurance coverage. There were no uninsured certificates of deposit at June 30, 2022.

Our growth has been accompanied by significant fluctuations in the level of our deposits, in particular our deposits from customers in the digital currency industry. The Bank's average total digital currency deposits during the six months ended June 30, 2022 amounted to $14.2 billion, the high and low daily total digital currency deposit levels during such time were $17.6 billion and $12.6 billion, respectively, compared to an average of $10.2 billion during the six months ended December 31, 2021, and the high and low daily deposit levels were $16.0 billion and $4.6 billion, respectively.

Demand for new deposit accounts is generated by the Company's banking platform for innovators that includes the SEN, which is enabled through Silvergate's proprietary API, and other cash management solutions. These tools enable Silvergate's clients to grow their business and scale operations. The following table presents a breakdown of our digital currency customer base and the deposits held by such customers at the dates noted below:

| | June 30, 2022 | | December 31, 2021 | |
| | Number of Customers | Total Deposits[1] | Number of Customers | Total Deposits[1] |
|---|---|---|---|---|
| | | (Dollars in millions) | | |
| Digital currency exchanges | 102 | $ 8,133 | 94 | $ 8,288 |
| Institutional investors | 1,017 | 3,293 | 894 | 4,220 |
| Other customers | 466 | 1,879 | 393 | 1,603 |
| Total | 1,585 | $ 13,304 | 1,381 | $ 14,111 |

(1) Total deposits may not foot due to rounding.

Our cost of total deposits and our cost of funds was 0.00% and 0.02%, respectively, for the six months ended June 30, 2022, compared to 0.00% and 0.01%, respectively, for the six months ended June 30, 2021.

55

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**SILVERGATE CAPITAL CORPORATION**

| Date: | August 8, 2022 | By: | /s/ Alan J. Lane |
|---|---|---|---|
| | | | Alan J. Lane |
| | | | President and Chief Executive Officer (Principal Executive Officer) |

| Date: | August 8, 2022 | By: | /s/ Antonio Martino |
|---|---|---|---|
| | | | Antonio Martino |
| | | | Chief Financial Officer (Principal Financial and Accounting Officer) |

64