# EXHIBIT E

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
# FORM 10-Q

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ending September 30, 2022**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from _____ to _____**

### Commission file number 001-39123

# SILVERGATE CAPITAL CORPORATION
(Exact name of registrant as specified in its charter)

| **Maryland** | **33-0227337** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**4250 Executive Square, Suite 300, La Jolla, CA 92037**
(Address of principal executive offices, including zip code)
**(858) 362-6300**
(Registrant's telephone number, including area code)

**Securities Registered Pursuant to Section 12(b) of the Act:**

| <u>Title of each class</u> | <u>Trading Symbol(s)</u> | <u>Name of each exchange on which registered</u> |
|---|---|---|
| Class A Common Stock, par value $0.01 per share | SI | New York Stock Exchange |
| Depositary Shares, Each Representing a 1/40th Interest in a Share of 5.375% Fixed Rate Non-Cumulative Perpetual Preferred Stock, Series A | SI PRA | New York Stock Exchange |

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports); and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ | Emerging growth company | ☐ |
|---|---|---|---|---|---|
| Non-accelerated Filer | ☐ | Smaller reporting company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

As of October 31, 2022, the registrant had 31,658,603 shares of Class A voting common stock outstanding.

Noninterest income decreased $7.1 million or 20.7% for the nine months ended September 30, 2022, compared to the nine months ended September 30, 2021. This decrease was primarily due to a $6.0 million decrease in gain (loss) on sale of securities, a $0.9 million decrease in deposit related fees and a $0.7 million decrease in mortgage warehouse fee income. This was offset by an increase of $0.8 million in other income.

*Noninterest Expense*

The following table presents, for the periods indicated, the major categories of noninterest expense:

## NONINTEREST EXPENSE

|  | Three Months Ended | | | Nine Months Ended | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | September 30, 2022 | June 30, 2022 | % Increase/ (Decrease) | September 30, 2022 | September 30, 2021 | % Increase/ (Decrease) |
|  | (Dollars in thousands) | | | | | |
| **Noninterest expense:** | | | | | | |
| Salaries and employee benefits | $ 19,632 | $ 16,356 | 20.0 % | $ 51,532 | $ 31,979 | 61.1 % |
| Occupancy and equipment | 822 | 1,063 | (22.7)% | 2,471 | 1,736 | 42.3 % |
| Communications and data processing | 3,210 | 2,967 | 8.2 % | 8,939 | 5,210 | 71.6 % |
| Professional services | 4,314 | 6,280 | (31.3)% | 13,548 | 6,782 | 99.8 % |
| Federal deposit insurance | 1,217 | 1,495 | (18.6)% | 4,474 | 10,437 | (57.1)% |
| Correspondent bank charges | 902 | 801 | 12.6 % | 2,531 | 1,881 | 34.6 % |
| Other loan expense | 529 | 682 | (22.4)% | 1,595 | 753 | 111.8 % |
| Other general and administrative | 2,527 | 908 | 178.3 % | 6,633 | 4,686 | 41.5 % |
| Total noninterest expense | $ 33,153 | $ 30,552 | 8.5 % | $ 91,723 | $ 63,464 | 44.5 % |

Noninterest expense increased $2.6 million or 8.5% for the three months ended September 30, 2022, compared to the three months ended June 30, 2022, primarily due to increases in salaries and employee benefits and other general and administrative expense, offset by a decrease in professional services. The increase of $3.3 million or 20.0% in salaries and employee benefits was primarily due to an increase in headcount. The Company's average full-time equivalent employees increased by 20.2% from 336 for the three months ended June 30, 2022 to 404 for the three months ended September 30, 2022. Professional services decreased $2.0 million or 31.3% primarily due to decreased consulting costs related to our strategic initiatives and decreased third-party agency fees. Other general and administrative expense increased $1.6 million or 178.3% primarily due to a $1.6 million reversal of the provision for off-balance sheet commitments recorded in the three months ended June 30, 2022 due to a change in estimate related to bitcoin collateralized SEN Leverage commitments.

Noninterest expense increased $28.3 million or 44.5% for the nine months ended September 30, 2022, compared to the nine months ended September 30, 2021, primarily due to increases in salaries and employee benefits, communications and data processing, professional services, and other general and administrative expense, partially offset by a decrease in federal deposit insurance expense. The increase of $19.6 million or 61.1% in salaries and employee benefits was primarily due to an increase in headcount and an increase in cost per full-time equivalent employee. The Company's average full-time equivalent employees increased by 52.9% from 225 for the nine months ended September 30, 2021 to 344 for the nine months ended September 30, 2022. Communications and data processing increased $3.7 million or 71.6% primarily due to blockchain infrastructure hosting costs as well as continued investment in enterprise cloud storage solutions and scalable cloud-based software solutions to scale technology needs for the growing organization and to meet strategic objectives. Professional services increased $6.8 million or 99.8% due primarily to consulting fees associated with our strategic initiatives, increased talent acquisition costs and consulting costs related to other corporate matters. Federal deposit insurance expense decreased $6.0 million due to a lower growth rate in deposit levels. Other general and administrative expense increased $1.9 million or 41.5% primarily due to an increase for expanded insurance coverage and increases in charitable donations, offset by a decrease in the provision for unfunded commitments.

*Income Tax Expense*

Income tax expense was $13.5 million for the three months ended September 30, 2022, compared to $10.6 million for the three months ended June 30, 2022. Our effective tax rates for the three months ended September 30, 2022 and June 30, 2022 were 23.7% and 21.5%, respectively. The increase in income tax expense and effective tax rate was primarily due to an increase in pre-tax income. The increase in the effective tax rate for the three months ended September 30, 2022 compared to the three months ended June 30, 2022 was driven by the increase in overall earnings in proportion to tax-exempt income earned on certain municipal bonds which remained relatively consistent.

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

**SILVERGATE CAPITAL CORPORATION**

| | | | |
|---|---|---|---|
| Date: | November 7, 2022 | By: | /s/ Alan J. Lane |
| | | | Alan J. Lane |
| | | | Chief Executive Officer (Principal Executive Officer) |
| | | | |
| Date: | November 7, 2022 | By: | /s/ Antonio Martino |
| | | | Antonio Martino |
| | | | Chief Financial Officer (Principal Financial and Accounting Officer) |

65

Exhibit E
106