# EXHIBIT G

424B4 1 d568616d424b4.htm 424B4

Table of Contents

Filed Pursuant to Rule 424(b)(4)
Registration No. 333-228446

PROSPECTUS

3,333,333 Shares



# SILVERGATE CAPITAL CORPORATION

## Class A Common Stock

This prospectus relates to the initial public offering of Silvergate Capital Corporation. We are offering 824,605 shares of our Class A Common Stock, or common stock. The selling shareholders identified in this prospectus are offering an additional 2,508,728 shares of our common stock. We will not receive any proceeds from sales of shares of our common stock by the selling shareholders.

Prior to this offering, there has been no established public market for our common stock. The initial public offering price of our common stock is $12.00 per share. Our common stock has been approved for listing on the New York Stock Exchange under the symbol "SI."

**We are an "emerging growth company" as defined under the federal securities laws, and may take advantage of reduced public company reporting and relief from certain other requirements otherwise generally applicable to public companies. See "Implications of Being an Emerging Growth Company."**

*Investing in our common stock involves a high degree of risk. See "<u>Risk Factors</u>" beginning on page 22.*

|  | Per Share | Total |
|---|---|---|
| Initial public offering price | $ 12.00 | $39,999,996 |
| Underwriting discount(1) | $ 0.84 | $ 2,800,000 |
| Proceeds to us (before expenses) | $ 11.16 | $ 9,202,592 |
| Proceeds to the selling shareholders (before expenses) | $ 11.16 | $27,997,404 |

(1)    The underwriters will also be reimbursed for certain expenses incurred in this offering. See "Underwriting" for additional information.

The selling shareholders have granted the underwriters an option exercisable for 30 days after the date of this prospectus to purchase, from time to time, in whole or in part, up to an additional 499,999 shares of common stock from the selling shareholders at the public offering price less underwriting discounts and commissions. Two of our directors are selling shareholders in the offering, and certain members of our management are purchasing shares of common stock being offered in this offering.

**Neither the Securities and Exchange Commission nor any other regulatory authority has approved or disapproved of these securities or passed upon the adequacy or accuracy of this prospectus. Any representation to the contrary is a criminal offense.**

**The shares of our common stock that you purchase in this offering are not deposits, savings accounts or other obligations of our bank or nonbank subsidiaries and are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other governmental agency.**

The underwriters expect to deliver shares of common stock to purchasers on or about November 12, 2019, subject to customary closing conditions.

*Joint Book-Running Managers*

# Barclays

# Keefe, Bruyette & Woods
*A Stifel Company*

**Sandler O'Neill + Partners, L.P.**

**Compass Point**

*Co-Managers*

**Galaxy Digital Advisors LLC**

**Performance Trust Capital Partners, LLC**

Prospectus dated November 6, 2019

Exhibit G
119

Table of Contents

clear. This delay in transaction execution could limit the institutional investor's ability to take advantage of digital currency market movements or require the institutional investor to keep additional funds at each exchange to take advantage of other transaction opportunities, resulting in reduced capital efficiency, reduced liquidity and/or increased counterparty risk.

The graphic below illustrates the various components of a transaction effected through the SEN as compared to a similar transaction effected through a traditional execution pathway. As reflected, transactions on the SEN process in virtually real time as opposed to legacy transactions that may take from several hours to several days. Legacy transactions are subject to a number of variables that impact timing such as the daily cut-off time for the Federal Reserve wire system as well as incomplete or inaccurate information or wire destinations (country or recipient) that may require further action to confirm or clear.



*Cash Management Solutions*—Our cash management solutions enable our customers to send, receive and manage payments in a timely, efficient and scalable manner using the SEN, wire transfers and ACH transactions. To receive the full benefits of our cash management solutions, customers invest significant time and resources using their own development resources to build customized gateways that integrate our API and other solutions into their technology infrastructure. The Bank offers a full suite of corporate cash management solutions from deposit, reporting and reconciliation (remote deposit capture, online banking, mobile banking, file / reporting automation, API, check reconciliation), liquidity management (positive pay, ACH positive pay, off balance sheet deposit sweeps), and payment solutions (domestic and foreign wire transfers and ACH origination and receipt transactions). The Bank has a dedicated team that works with its customers to expand its technology offerings in these areas and to solve problems for its customers.

*Deposit Account Services*—We are one of only a small group of institutions that currently open deposit accounts and provide ongoing services in a manner that is designed to be regulatory compliant for digital currency market participants. Our proprietary compliance procedures, developed over six years of serving the digital currency industry, are designed to enable us to prudently and efficiently establish deposit accounts for market participants. These deposit accounts do not consist of any digital currencies but may consist of investor funds or operating funds. Our deposit accounts offer a wide variety of features and security to market participants, including access to our cash management solutions, and other relevant business banking services.

The Company comprehensively investigates prospective customers according to the level it deems necessary and appropriate, based on whether the customer is an "administrator," an "exchanger" or a "user" of

8

**Table of Contents**

virtual currencies, which terms are defined in March 2013 guidance by the U.S. Treasury Department, or the Treasury Department (with recent interpretive guidance issued in May 2019). Under applicable regulations, administrators and exchangers are required to register with the Treasury Department's Financial Crimes Enforcement Network, or FinCEN, as a money service business and may also be subject to licensing as money transmitters under applicable state laws. The Company's due diligence and onboarding processes include, at a minimum, detailed reviews of each customer's ownership, management team, business activities and the geographies in which they operate. For customers such as exchanges which pose a higher degree of risk or have a higher degree of regulatory obligations, the Company's processes are more extensive and incorporate reputational reviews, reviews of applicable licensing requirements, plans, and status, and reviews of customer policies and procedures regarding the Bank Secrecy Act, or BSA, consumer compliance, information security, Dodd-Frank Wall Street Reform and Consumer Protection Act, or the Dodd-Frank Act, prohibitions against unfair, deceptive or abusive acts or practices, as well as reviews of transaction monitoring systems and audit results. The differences in these processes results in a variation in the time necessary to complete the onboarding process, which can range from a matter of days to several weeks.

All regulatory compliance-related responsibilities involving onboarded customers are addressed in the Company's core banking system or through various additional manual diligence and compliance review processes. No funds transfer transactions to accounts outside of the Bank occur on the SEN, which is simply the means by which internal account transfer transaction instructions are passed to the Bank's core banking system through which they are executed. Since all SEN participants are required to be deposit customers of the Bank, the Bank satisfies its know your customer, or KYC, obligations at the time of the customer's account opening. Transaction instructions are passed to the core banking system via the SEN, are executed on the core banking system, and are subsequently monitored through the Bank's automated BSA systems.

*Our Competitive Advantages in the Digital Currency Industry*

We believe our first-mover advantage serving the digital currency industry has led to numerous strategic advantages, many of which are significant barriers to entry for potential competitors. We expect that these advantages will enable us to maintain our leadership position in the industry:

*Digital Currency-Focused Strategy*—We believe we are the leading provider of innovative financial infrastructure solutions and services for the digital currency industry. We are one of the only financial services providers in the United States catering to our target customer base. These market participants have been underserved by the legacy financial services community due to a lack of vision and regulatory complexity associated with the digital currency industry, which we have been able to overcome because of the in-depth industry knowledge and strategic foresight of our management team and our robust risk management and regulatory compliance framework. Our commitment to, and relationship with, participants in the digital currency industry is highlighted by the fact that digital currency related investors own approximately 13.1% of the issued and outstanding common stock of the Company, as of June 30, 2019, before giving effect to this offering. The focus and mission of our talented team is to address this unique market opportunity.

*Customer Base*—Our first-mover advantage and expertise in the industry has allowed us to attract 655 digital currency customers as of June 30, 2019, many of whom are the digital currency industry's most notable participants. These respected and recognizable customers bolster our reputation and enhance our ability to attract new customers. Our customer network also enables us to receive feedback on challenges that the industry currently faces and anticipates facing in the future. Through active dialogue with our customers, we stay at the forefront of industry trends, identify opportunities early and create solutions to address challenges. As an example, the SEN was developed as a result of conversations with our early customers about pain points in the industry. We currently penetrate a small percentage of the market opportunity, and we foresee significant growth if we can execute on our relationship-building strategy with market participants.

9