# EXHIBIT J

SEC Form 4

**FORM 4**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| LANE ALAN J | Silvergate Capital Corp [ SI ] | X Director    10% Owner |
| (Last) (First) (Middle) | | X Officer (give title below)    Other (specify below) |
| 4250 EXECUTIVE SQUARE SUITE 300 | 3. Date of Earliest Transaction (Month/Day/Year) 06/08/2021 | President and CEO |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| LA JOLLA    CA    92037 | | X Form filed by One Reporting Person |
| (City) (State) (Zip) | | Form filed by More than One Reporting Person |

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Class A Common Stock | 06/08/2021 | | M | | 75,000 | A | $4.2 | 75,000 | D | |
| Class A Common Stock | 06/08/2021 | | S | | 6,249 | D | $101.8236[1] | 68,751 | D | |
| Class A Common Stock | 06/08/2021 | | S | | 8,789 | D | $103.3251[2] | 59,962 | D | |
| Class A Common Stock | 06/08/2021 | | S | | 10,006 | D | $103.7237[3] | 49,956 | D | |
| Class A Common Stock | 06/08/2021 | | S | | 13,791 | D | $105.2407[4] | 36,165 | D | |
| Class A Common Stock | 06/08/2021 | | S | | 13,512 | D | $105.9425[5] | 22,653 | D | |
| Class A Common Stock | 06/08/2021 | | S | | 7,391 | D | $107.1228[6] | 15,262 | D | |
| Class A Common Stock | 06/08/2021 | | S | | 5,513 | D | $107.9977[7] | 9,749 | D | |
| Class A Common Stock | 06/08/2021 | | S | | 3,738 | D | $109.0534[8] | 6,011 | D | |
| Class A Common Stock | 06/08/2021 | | S | | 5,811 | D | $109.9039[9] | 200 | D | |
| Class A Common Stock | 06/08/2021 | | S | | 200 | D | $110.57[10] | 0 | D | |
| Class A Common Stock | 06/09/2021 | | M | | 75,000 | A | $4.2 | 75,000 | D | |
| Class A Common Stock | 06/09/2021 | | S | | 3,195 | D | $103.2508[11] | 71,805 | D | |
| Class A Common Stock | 06/09/2021 | | S | | 3,034 | D | $103.9514[12] | 68,771 | D | |
| Class A Common Stock | 06/09/2021 | | S | | 3,953 | D | $105.7266[13] | 64,818 | D | |
| Class A Common Stock | 06/09/2021 | | S | | 23,088 | D | $106.4471[14] | 41,730 | D | |
| Class A Common Stock | 06/09/2021 | | S | | 21,355 | D | $107.5616[15] | 20,375 | D | |
| Class A Common Stock | 06/09/2021 | | S | | 16,726 | D | $108.448[16] | 3,649 | D | |
| Class A Common Stock | 06/09/2021 | | S | | 3,649 | D | $109.192[17] | 0 | D | |
| Class A Common Stock | 06/10/2021 | | M | | 22,363 | A | $4.2 | 22,363 | D | |
| Class A Common Stock | 06/10/2021 | | S | | 7,122 | D | $101.0913[18] | 15,241 | D | |
| Class A Common Stock | 06/10/2021 | | S | | 4,128 | D | $101.6947[19] | 11,113 | D | |
| Class A Common Stock | | | | | | | | 140,725 | I | By Self and Spouse as Trustees |

Exhibit J
126

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| | | | | | | | | | | of Lane Trust |
| Class A Common Stock | | | | | | | | 88,268 | I | By IRA |
| Class A Common Stock | | | | | | | | 1,757.8417 | I | By Employer 401(k) Plan |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | | | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Non-Qualified Stock Options | $4.2 | 06/08/2021 | | M | | | 75,000 | | | 01/27/2012 | 01/27/2022 | Class A Common Stock | 75,000 | $0 | 97,363 | D | |
| Non-Qualified Stock Options | $4.2 | 06/09/2021 | | M | | | 75,000 | | | 01/27/2012 | 01/27/2022 | Class A Common Stock | 75,000 | $0 | 22,363 | D | |
| Non-Qualified Stock Options | $4.2 | 06/10/2021 | | M | | | 22,363 | | | 01/27/2012 | 01/27/2022 | Class A Common Stock | 22,363 | $0 | 0 | D | |
| Restricted Stock Units | (20) | | | | | | | | | (21) | (21) | Class A Common Stock | 3,253 | | 3,253 | D | |
| Non-Qualified Stock Options | $127.56 | | | | | | | | | (22) | 02/26/2031 | Class A Common Stock | 7,838 | | 7,838 | D | |
| Restricted Stock Units | (20) | | | | | | | | | (23) | (23) | Class A Common Stock | 8,319 | | 8,319 | D | |
| Non-Qualified Stock Options | $16.09 | | | | | | | | | (24) | 11/19/2029 | Class A Common Stock | 32,628 | | 32,628 | D | |
| Non-Qualified Stock Options | $4.2 | | | | | | | | | 01/27/2012 | 01/27/2022 | Class A Common Stock | 172,363 | | 0 | D | |

**Explanation of Responses:**

1. This transaction was executed in multiple trades at prices ranging from $101.34 to $102.19. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

2. This transaction was executed in multiple trades at prices ranging from $102.48 to $103.47. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

3. This transaction was executed in multiple trades at prices ranging from $103.48 to $104.31. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

4. This transaction was executed in multiple trades at prices ranging from $104.50 to $105.49. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

5. This transaction was executed in multiple trades at prices ranging from $105.50 to $106.48. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

6. This transaction was executed in multiple trades at prices ranging from $106.50 to $107.45. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

7. This transaction was executed in multiple trades at prices ranging from $107.50 to $108.48. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

8. This transaction was executed in multiple trades at prices ranging from $108.50 to $109.49. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

9. This transaction was executed in multiple trades at prices ranging from $109.50 to $110.47. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

10. This transaction was executed in multiple trades at prices ranging from $110.52 to $110.62. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

Exhibit J
127

11. This transaction was executed in multiple trades at prices ranging from $102.55 to $103.53. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

12. This transaction was executed in multiple trades at prices ranging from $103.62 to $104.31. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

13. This transaction was executed in multiple trades at prices ranging from $104.99 to $105.98. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

14. This transaction was executed in multiple trades at prices ranging from $106.00 to $106.99. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

15. This transaction was executed in multiple trades at prices ranging from $107.00 to $107.99. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

16. This transaction was executed in multiple trades at prices ranging from $108.00 to $108.99. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

17. This transaction was executed in multiple trades at prices ranging from $109.01 to $109.61. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

18. This transaction was executed in multiple trades at prices ranging from $100.50 to $101.49. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

19. This transaction was executed in multiple trades at prices ranging from $101.50 to $101.97. The price reported above reflects the weighted average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the issuer or a security holder of the issuer full information regarding the number of shares and prices at which the transaction was effected.

20. Each restricted stock unit represents a contingent right to receive one share of Class A Common Stock.

21. The restricted stock units vest in three equal annual installments beginning on February 26, 2022. Vested shares will be delivered within thirty days following the vesting of the restricted stock units, when, subject to any trading restriction, the reporting person will receive the number of Class A Common Stock shares that corresponds to the number of restricted stock units that have become vested on the applicable vesting date, less any shares withheld to satisfy federal, state, and local taxes of any kind.

22. The option becomes exercisable in three annual installments beginning February 26, 2022.

23. The restricted stock units vest in four equal annual installments beginning on November 19, 2020. Vested shares will be delivered within thirty days following the vesting of the restricted stock units, when, subject to any trading restriction, the reporting person will receive the number of ordinary shares that corresponds to the number of restricted stock units that have become vested on the applicable vesting date, less any shares withheld to satisfy federal, state, local and foreign taxes of any kind.

24. The option becomes exercisable in four equal annual installments beginning November 18, 2020.

## Remarks:

| /s/ John M. Bonino, as Attorney-in-Fact | 06/10/2021 |
|---|---|
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**