# EXHIBIT O



# Bank Secrecy Act/ Anti-Money Laundering Examination Manual

## Federal Financial Institutions Examination Council

Board of Governors of the Federal Reserve System, Consumer Financial Protection Bureau, Federal Deposit Insurance Corporation, National Credit Union Administration, Office of the Comptroller of the Currency, State Liaison Committee

### 2014

## CONTENTS

The sections of the FFIEC *BSA/AML Examination Manual* that have been added or significantly modified from the previous edition are reflected by date.

*INTRODUCTION* — 1

*CORE EXAMINATION OVERVIEW AND PROCEDURES FOR ASSESSING THE BSA/AML COMPLIANCE PROGRAM* — 11

Scoping and Planning — Overview ................................................................................11

Examination Procedures ..........................................................................................15

BSA/AML Risk Assessment — Overview ..................................................................18

Examination Procedures ..........................................................................................27

BSA/AML Compliance Program — Overview ............................................................28

Examination Procedures ..........................................................................................34

Developing Conclusions and Finalizing the Examination — Overview ........................40

Examination Procedures ..........................................................................................43

*CORE EXAMINATION OVERVIEW AND PROCEDURES FOR REGULATORY REQUIREMENTS AND RELATED TOPICS* — 47

Customer Identification Program — Overview ............................................................47

Examination Procedures ..........................................................................................53

Customer Due Diligence — Overview ........................................................................56

Examination Procedures ..........................................................................................59

Suspicious Activity Reporting — Overview (2014) ....................................................60

Examination Procedures ..........................................................................................76

Currency Transaction Reporting — Overview (2014) ..................................................81

Examination Procedures ..........................................................................................84

Currency Transaction Reporting Exemptions — Overview (2014) ...............................86

Examination Procedures ..........................................................................................90

Information Sharing — Overview ...............................................................................92

Examination Procedures ..........................................................................................97

Purchase and Sale of Monetary Instruments Recordkeeping — Overview ...................100

Examination Procedures ..........................................................................................103

Funds Transfers Recordkeeping — Overview .............................................................104

Examination Procedures ..........................................................................................110

Foreign Correspondent Account Recordkeeping, Reporting,
and Due Diligence — Overview (2014) ..............................................................111

Examination Procedures ..........................................................................................119

Private Banking Due Diligence Program (Non-U.S. Persons) — Overview .................125

Examination Procedures ..........................................................................................130

Special Measures — Overview ..................................................................................133

Examination Procedures ..........................................................................................136

Foreign Bank and Financial Accounts  Reporting — Overview (2014) ........................137

Examination Procedures ..........................................................................................138

International Transportation of Currency or Monetary Instruments Reporting —
Overview (2014) ................................................................................................139

Exhibit O
155

Examination Procedures .......................................................................141
Office of Foreign Assets Control — Overview (2014)................................................142
Examination Procedures .......................................................................152

*EXPANDED EXAMINATION OVERVIEW AND PROCEDURES FOR CONSOLIDATED AND OTHER TYPES OF BSA/AML COMPLIANCE PROGRAM STRUCTURES*   *155*
BSA/AML Compliance Program Structures — Overview ............................................155
Examination Procedures .......................................................................161
Foreign Branches and Offices of U.S. Banks — Overview ..........................................164
Examination Procedures .......................................................................168
Parallel Banking — Overview ...................................................................170
Examination Procedures .......................................................................171

*EXPANDED EXAMINATION OVERVIEW AND PROCEDURES FOR PRODUCTS AND SERVICES*   *173*
Correspondent Accounts (Domestic) — Overview.....................................................173
Examination Procedures.........................................................................175
Correspondent Accounts (Foreign) — Overview (2014)................................................177
Examination Procedures .......................................................................181
Bulk Shipments of Currency — Overview (2014)......................................................183
Examination Procedures .......................................................................189
U.S. Dollar Drafts — Overview ..................................................................191
Examination Procedures .......................................................................192
Payable Through Accounts — Overview..............................................................194
Examination Procedures .......................................................................196
Pouch Activities — Overview.....................................................................199
Examination Procedures .......................................................................201
Electronic Banking — Overview ..................................................................202
Examination Procedures .......................................................................206
Funds Transfers — Overview .....................................................................207
Examination Procedures .......................................................................214
Automated Clearing House Transactions — Overview (2014) ....................................217
Examination Procedures .......................................................................225
Prepaid Access – Overview (2014).................................................................227
Examination Procedures .......................................................................233
Third-Party Payment Processors — Overview (2014)..................................................235
Examination Procedures .......................................................................239
Purchase and Sale of Monetary Instruments — Overview ...........................................240
Examination Procedures .......................................................................241
Brokered Deposits — Overview ...................................................................243
Examination Procedures .......................................................................245
Privately Owned Automated Teller Machines — Overview .........................................247
Examination Procedures .......................................................................250
Nondeposit Investment Products — Overview.........................................................252
Examination Procedures .......................................................................256
Insurance — Overview...........................................................................258
Examination Procedures .......................................................................261
Concentration Accounts — Overview ..............................................................262

     Examination Procedures ...........................................................................264
  Lending Activities — Overview .....................................................................265
     Examination Procedures ...........................................................................266
  Trade Finance Activities — Overview...........................................................267
     Examination Procedures ...........................................................................272
  Private Banking — Overview .......................................................................273
     Examination Procedures ...........................................................................278
  Trust and Asset Management Services — Overview......................................280
     Examination Procedures ...........................................................................284

*EXPANDED EXAMINATION OVERVIEW AND PROCEDURES FOR PERSONS AND ENTITIES*    *286*
  Nonresident Aliens and Foreign Individuals — Overview ............................286
     Examination Procedures ...........................................................................288
  Politically Exposed Persons — Overview......................................................290
     Examination Procedures ...........................................................................294
  Embassy, Foreign Consulate, and Foreign Mission Accounts — Overview (2014) .....296
     Examination Procedures ...........................................................................298
  Nonbank Financial Institutions — Overview (2014) .....................................299
     Examination Procedures ...........................................................................307
  Professional Service Providers — Overview .................................................309
     Examination Procedures ...........................................................................310
  Nongovernmental Organizations and  Charities — Overview.......................311
     Examination Procedures ...........................................................................313
  Business Entities (Domestic and Foreign) — Overview.................................314
     Examination Procedures ...........................................................................320
  Cash-Intensive Businesses — Overview........................................................322
     Examination Procedures ...........................................................................324
  Appendix A: BSA Laws and Regulations (2014) ....................................... A-1
  Appendix B: BSA/AML Directives ...........................................................B-1
  Appendix C: BSA/AML References (2014) ................................................C-1
  Appendix D: Statutory Definition of Financial Institution .......................... D-1
  Appendix E: International Organizations (2014) .........................................E-1
  Appendix F: Money Laundering and Terrorist Financing "Red Flags".........F-1
  Appendix G: Structuring .......................................................................... G-1
  Appendix H: Request Letter Items  (Core and Expanded) (2014) ................ H-1
  Appendix I: Risk Assessment Link to the BSA/AML Compliance Program .................I-1
  Appendix J: Quantity of Risk Matrix .........................................................J-1
  Appendix K: Customer Risk Versus Due Diligence and
     Suspicious Activity Monitoring.............................................................. K-1
  Appendix L: SAR Quality Guidance (2014)................................................L-1
  Appendix M: Quantity of Risk Matrix — OFAC Procedures......................M-1
  Appendix N: Private Banking —  Common Structure................................. N-1
  Appendix O: Examiner Tools for Transaction Testing................................ O-1
  Appendix P: BSA Record-Retention Requirements (2014)..........................P-1
  Appendix Q: Abbreviations...................................................................... Q-1
  Appendix R: Enforcement Guidance .........................................................R-1

Exhibit O
157

Appendix S: Key Suspicious Activity Monitoring Components ...................................S-1
Appendix T: BSA E-Filing System (2014) ...................................................................T-1
Index ........................................................................................................................ Index-1

Exhibit O
158

# INTRODUCTION

This Federal Financial Institutions Examination Council (FFIEC) *Bank Secrecy Act (BSA)/Anti-Money Laundering (AML) Examination Manual* provides guidance to examiners for carrying out BSA/AML and Office of Foreign Assets Control (OFAC) examinations.  An effective BSA/AML compliance program requires sound risk management; therefore, the manual also provides guidance on identifying and controlling risks associated with money laundering and terrorist financing.  The manual contains an overview of BSA/AML compliance program requirements, BSA/AML risks and risk management expectations, industry sound practices, and examination procedures.  The development of this manual was a collaborative effort of the federal and state banking agencies[1] and the Financial Crimes Enforcement Network (FinCEN), a bureau of the U.S. Department of the Treasury, to ensure consistency in the application of the BSA/AML requirements.  In addition, OFAC assisted in the development of the sections of the manual that relate to OFAC reviews.  For more guidance, refer to Appendix A ("BSA Laws and Regulations"), Appendix B ("BSA/AML Directives"), and Appendix C ("BSA/AML References").

## Structure of Manual

In order to effectively apply resources and ensure compliance with BSA requirements, the manual is structured to allow examiners to tailor the BSA/AML examination scope and procedures to the specific risk profile of the banking organization.  The manual consists of the following sections:

- Introduction.

- Core Examination Overview and Procedures for Assessing the BSA/AML Compliance Program.

- Core Examination Overview and Procedures for Regulatory Requirements and Related Topics.

- Expanded Examination Overview and Procedures for Consolidated and Other Types of BSA/AML Compliance Program Structures.

- Expanded Examination Overview and Procedures for Products and Services.

- Expanded Examination Overview and Procedures for Persons and Entities.

- Appendixes.

The core and expanded overview sections provide narrative guidance and background information on each topic; each overview is followed by examination procedures.  The "Core

---

[1] The FFIEC was established in March 1979 to prescribe uniform principles, standards, and report forms and to promote uniformity in the supervision of financial institutions.  The Council has six voting members: the Board of Governors of the Federal Reserve System, the Federal Deposit Insurance Corporation, the National Credit Union Administration, the Office of the Comptroller of the Currency, the Consumer Financial Protection Bureau, and the State Liaison Committee.  The Council's activities are supported by interagency task forces and by an advisory State Liaison Committee, composed of five representatives of state agencies that supervise financial institutions.

Exhibit O
159

# EXPANDED EXAMINATION OVERVIEW AND PROCEDURES FOR CONSOLIDATED AND OTHER TYPES OF BSA/AML COMPLIANCE PROGRAM STRUCTURES

## BSA/AML Compliance Program Structures — Overview

**Objective**. *Assess the structure and management of the organization's BSA/AML compliance program and if applicable, the organization's consolidated or partially consolidated approach to BSA/AML compliance.*

Every bank must have a comprehensive BSA/AML compliance program that addresses BSA requirements applicable to all operations of the organization.[166] Banking organizations have discretion as to how the BSA/AML compliance program is structured and managed. A banking organization may structure and manage the BSA/AML compliance program or some parts of the program within a legal entity; with some degree of consolidation across entities within an organization; or as part of a comprehensive enterprise risk management framework.

Many large, complex banking organizations aggregate risk of all types (e.g., compliance, operational, credit, interest rate risk, etc.) on a firm-wide basis in order to maximize efficiencies and better identify, monitor, and control all types of risks within or across affiliates, subsidiaries, lines of business, or jurisdictions.[167] In such organizations, management of BSA risk is generally the responsibility of a corporate compliance function that supports and oversees the BSA/AML compliance program.

Other banking organizations may adopt a structure that is less centralized but still consolidates some or all aspects of BSA/AML compliance. For example, risk assessment, internal controls (e.g., suspicious activity monitoring), independent testing, or training may be managed centrally. Such centralization can effectively maximize efficiencies and enhance assessment of risks and implementation of controls across business lines, legal entities, and jurisdictions of operation. For instance, a centralized BSA/AML risk assessment function may enable a banking organization to determine its overall risk exposure to a customer doing

---

[166] Neither FinCEN nor banking agency rules impose a specific BSA/AML compliance program obligation on Bank Holding Companies, Unitary Savings and Loan Holding Companies, and parents of Industrial Loan Companies. Nevertheless, these entities, as a result of their primary business function (e.g., insurance company or broker-dealer), may be subject to a BSA/AML compliance program obligation under Treasury rules or rules of other agencies.

[167] For further detail, refer to *Compliance Risk Management Programs and Oversight at Large Banking Organizations with Complex Compliance Profiles,* Federal Reserve Board SR Letter 08-8, October 16, 2008 (FRB Guidance). The FRB Guidance generally addresses overall compliance functions within large, complex firms, and endorses for all firms the principles set forth in the Basel Committee on Banking Supervision's guidance, <u>Compliance and the compliance function in banks</u> (April 2005).

---

Exhibit O
160

business with the organization in multiple business lines or jurisdictions.[168] Regardless of how a consolidated BSA/AML compliance program is organized, it should reflect the organization's business structure, size, and complexity, and be designed to effectively address risks, exposures, and applicable legal requirements across the organization.

A consolidated approach should also include the establishment of corporate standards for BSA/AML compliance that reflect the expectations of the organization's board of directors, with senior management working to ensure that the BSA/AML compliance program implements these corporate standards.  Individual lines of business policies would then supplement the corporate standards and address specific risks within the line of business or department.

A consolidated BSA/AML compliance program typically includes a central point where BSA/AML risks throughout the organization are aggregated.  Refer to "Consolidated BSA/AML Compliance Risk Assessment," page 24.  Under a consolidated approach, risk should be assessed both within and across all business lines, legal entities, and jurisdictions of operation.  Programs for global organizations should incorporate the AML laws and requirements of the various jurisdictions in which they operate.  Internal audit should assess the level of compliance with the consolidated BSA/AML compliance program.

Examiners should be aware that some complex, diversified banking organizations may have various subsidiaries that hold different types of licenses and banking charters or may organize business activities and BSA/AML compliance program components across their legal entities.  For instance, a highly diversified banking organization may establish or maintain accounts using multiple legal entities that are examined by multiple regulators.  This action may be taken in order to maximize efficiencies, enhance tax benefits, adhere to jurisdictional regulations, etc.  This methodology may present a challenge to an examiner reviewing BSA/AML compliance in a legal entity within an organization.  As appropriate, examiners should coordinate efforts with other regulatory agencies in order to address these challenges or ensure the examination scope appropriately covers the legal entity examined.

## Structure of the BSA/AML Compliance Function

As discussed above, a banking organization has discretion as to how to structure and manage its BSA/AML compliance program.  For example, a small institution may choose to combine BSA/AML compliance with other functions and utilize the same personnel in several roles.  In such circumstances, there should still be adequate senior-level attention to BSA/AML compliance, and sufficient dedicated resources.  As is the case in all structures, the audit function should remain independent.

A larger, more complex firm may establish a corporate BSA/AML compliance function to coordinate some or all BSA/AML responsibilities.  For example, when there is delegation of BSA/AML compliance responsibilities, and BSA/AML compliance staff is located within lines of business, expectations should be clearly set forth in order to ensure effective implementation of the BSA/AML compliance program.  In particular, allocation of

---

[168] For additional guidance, refer to the expanded overview section, "Foreign Branches and Offices of U.S. Banks," page 164, and the Basel Committee on Banking Supervision's guidance *Consolidated Know Your Customer (KYC) Risk Management*. .

Exhibit O
161

responsibility should be clear with respect to the content and comprehensiveness of MIS reports, the depth and frequency of monitoring efforts, and the role of different parties within the banking organization (e.g., risk, business lines, operations) in BSA/AML compliance decision-making processes.  Clearly communicating which functions have been delegated and which remain centralized helps to ensure consistent implementation of the BSA/AML compliance program among lines of business, affiliates, and jurisdictions.  In addition, a clear line of responsibility may help to avoid conflicts of interest and ensure that objectivity is maintained.

Regardless of the management structure or size of the institution, BSA/AML compliance staff located within lines of business is not precluded from close interaction with the management and staff of the various business lines.  BSA/AML compliance functions are often most effective when strong working relationships exist between compliance and business line staff.

In some compliance structures, the compliance staff reports to the management of the business line.  This can occur in smaller institutions when the BSA/AML compliance staff reports to a senior bank officer; in larger institutions when the compliance staff reports to a line of business manager; or in a foreign banking organization's U.S. operations when the staff reports to a single office or executive.  These situations can present risks of potential conflicts of interest that could hinder effective BSA/AML compliance.  To ensure the strength of compliance controls, an appropriate level of BSA/AML compliance independence should be maintained, for example, by:

- Providing BSA/AML compliance staff a reporting line to the corporate compliance or other independent function;

- Ensuring that BSA/AML compliance staff is actively involved in all matters affecting AML risk (e.g., new products, review or termination of customer relationships, filing determinations);

- Establishing a process for escalating and objectively resolving disputes between BSA/AML compliance staff and business line management; and

- Establishing internal controls to ensure that compliance objectivity is maintained when BSA/AML compliance staff is assigned additional bank responsibilities.

## Management and Oversight of the BSA/AML Compliance Program

The board of directors and senior management of a bank have different responsibilities and roles in overseeing, and managing BSA/AML compliance risk.  The board of directors has primary responsibility for ensuring that the bank has a comprehensive and effective BSA/AML compliance program and oversight framework that is reasonably designed to ensure compliance with BSA/AML regulation.  Senior management is responsible for implementing the board-approved BSA/AML compliance program.

Exhibit O
162