# EXHIBIT P

SEC Form 4

FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**1. Name and Address of Reporting Person**[*]

Fraher Kathleen

(Last)        (First)        (Middle)

4250 EXECUTIVE SQUARE
SUITE 300

(Street)

LA JOLLA        CA        92037

(City)        (State)        (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
Silvergate Capital Corp [ SI ]

**3. Date of Earliest Transaction (Month/Day/Year)**
11/19/2019

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer** (Check all applicable)

| | Director | | 10% Owner |
|---|---|---|---|
| X | Officer (give title below) | | Other (specify below) |

EVP & COO

**6. Individual or Joint/Group Filing (Check Applicable Line)**

X  Form filed by One Reporting Person

   Form filed by More than One Reporting Person

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Restricted Stock Units | (1) | 11/19/2019 | | A | | 4,812 | | (2) | (2) | Class A Common Stock | 4,812 | $0 | 4,812 | D | |
| Non-Qualified Stock Options | $16.09 | 11/19/2019 | | A | | 14,155 | | (3) | 11/19/2029 | Class A Common Stock | 14,155 | $0 | 14,155 | D | |
| Non-Qualified Stock Options | $12 | | | | | | | 06/22/2018 | 06/22/2028 | Class A Common Stock | 35,000 | | 35,000 | D | |
| Non-Qualified Stock Options | $5.98 | | | | | | | 05/29/2015 | 05/29/2025 | Class A Common Stock | 10,000 | | 10,000 | D | |
| Non-Qualified Stock Options | $4.09 | | | | | | | 03/25/2011 | 03/25/2021 | Class A Common Stock | 5,000 | | 5,000 | D | |

**Explanation of Responses:**

1. Each restricted stock unit represents a contingent right to receive one share of Class A Common Stock.

2. The restricted stock units vest in four equal annual installments beginning on November 19, 2020. Vested shares will be delivered within thirty days following the vesting of the restricted stock units, when, subject to any trading restriction, the reporting person will receive the number of Class A Common Stock shares that corresponds to the number of restricted stock units that have become vested on the applicable vesting date, less any shares withheld to satisfy federal, state, and local taxes of any kind.

3. The option becomes exercisable in four equal annual installments beginning November 19, 2020.

**Remarks:**

/s/ John M. Bonino, as Attorney-in-Fact          11/21/2019

** Signature of Reporting Person          Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

Exhibit P
163

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**