MATTHEW S. SHELDON (*pro hac vice*; VABN 73734)
**GOODWIN PROCTER LLP**
1900 N Street. N.W.
Washington. DC 20036-1612
Phone: (202) 346-4000
Fax: (202) 346-4444

JONATHAN A. SHAPIRO (SBN 257199)
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco. CA 94111-4003
Phone: (415) 733-6000
Fax: (415) 677-9041

AARON S. THOMPSON (SBN 272391)
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA 90401
Phone: 424-252-6400
Fax: 424-252-6401

*Attorneys for Defendants*
*Dennis S. Frank and Robert C. Campbell*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION. | Case No. 3:22-cv-01936-JES-MSB<br><br>**DECLARATION OF JONATHAN A. SHAPIRO IN SUPPORT OF DEFENDANTS DENNIS S. FRANK'S AND ROBERT C. CAMPBELL'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date: November 29, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. James E. Simmons, Jr.<br>Courtroom: 4b<br><br>Filed/Lodged Concurrently with:<br>1. Notice of Motion and Memorandum ISO Motion to Dismiss<br>2. Request for Judicial Notice<br>3. [Proposed] Order |

## DECLARATION OF JONATHAN A. SHAPIRO

I, Jonathan A. Shapiro, declare as follows:

1.      I am a partner at Goodwin Procter LLP, counsel of record for Defendants Dennis S. Frank and Robert C. Campbell in the above-captioned matter.  I have personal knowledge of the matters set forth in this declaration.  If called as a witness, I could and would testify competently to such matters.

2.      I make this Declaration in support of Defendants' Request for Judicial Notice.

3.      Attached hereto is **Exhibit 1** is a true and correct copy of Silvergate Capital Corporation's Definitive Proxy Statement filed with the U.S. Securities and Exchange Commission ("SEC") on April 14, 2022.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Silvergate Capital Corporation's January 2021 Prospectus Supplement filed with the SEC on January 25, 2021.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Silvergate Capital Corporation's December 2021 Prospectus Supplement filed with the SEC on December 8, 2021.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of Silvergate Capital Corporation's Form 10-K Annual Report for Year Ended December 31, 2020, filed with the SEC on March 8, 2021.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this **July 10, 2023** in San Francisco, California.

_____
*/s/ Jonathan A. Shapiro*
Jonathan A. Shapiro

1

DECLARATION OF JONATHAN A. SHAPIRO                    CASE NO. 3:22-CV-01936-JES-MSB