LATHAM & WATKINS LLP
Michele D. Johnson (SBN 198298)
Email: michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel.: 714.540.1235
Fax: 714.755.8290

Douglas K. Yatter (SBN 236089)
Jason C. Hegt (admitted *pro hac vice*)
Email: douglas.yatter@lw.com
Email: jason.hegt@lw.com
1271 Avenue of the Americas
New York, NY 10020
Tel.: 212.906.1200
Fax: 212.751.4864

*Attorneys for Defendants Goldman Sachs & Co. LLC, Keefe, Bruyette & Woods, Inc., Canaccord Genuity LLC, Compass Point Research & Trading, LLC, Craig-Hallum Capital Group LLC, J.P. Morgan Securities LLC, Wedbush Securities Inc., Citigroup Global Markets Inc., and UBS Securities LLC*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-JES-MSB<br><br>**UNDERWRITER DEFENDANTS' NOTICE OF MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: November 29, 2023<br>Time: 9:00 a.m.<br>Courtroom: 4B<br>Judge: Hon. James E. Simmons, Jr. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

UNDERWRITER DEFENDANTS'
NOTICE OF MOTION TO DISMISS
CASE NO. 3:22-CV-01936-JES-MSB

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on November 29, 2023 at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable James E. Simmons, Jr. in Courtroom 4B of the Edward J. Schwartz United States Courthouse, located at 221 West Broadway, San Diego, CA 92101, Defendants Goldman Sachs & Co. LLC, Keefe, Bruyette & Woods, Inc., Canaccord Genuity LLC, Compass Point Research & Trading, LLC, Craig-Hallum Capital Group LLC, J.P. Morgan Securities LLC, Wedbush Securities Inc., Citigroup Global Markets Inc., and UBS Securities LLC ("Underwriter Defendants") will, and hereby do, move to dismiss Plaintiffs' Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Complaint" or "AC").

This motion is made pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6) and the Securities Act of 1933, 15 U.S.C. § 77a *et seq*, on the grounds that the Complaint fails to state a claim upon which relief can be granted. The Underwriter Defendants respectfully request that this Court dismiss all claims in the Complaint against the Underwriter Defendants in their entirety.

This motion is based on this Notice and accompanying Memorandum of Points and Authorities; the Declaration of Jason C. Hegt and exhibits thereto; the Underwriter Defendants' Request for Consideration Under Incorporation by Reference and Judicial Notice, filed concurrently herewith; the contemporaneously filed motion to dismiss of Defendants Silvergate Capital Corporation, Alan J. Lane, Antonio Martino, Karen F. Brassfield, Paul D. Colucci, Thomas C. Dircks, Aanchal Gupta, Michael Lempres, Scott A. Reed, and Colleen Sullivan ("Silvergate Defendants"), in all applicable respects; and the complete files and records in this action, and any other material and arguments as may be considered by the Court.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

UNDERWRITER DEFENDANTS'
NOTICE OF MOTION TO DISMISS
CASE NO. 3:22-CV-01936-JES-MSB

Dated: July 10, 2023

LATHAM & WATKINS LLP

/s/ Michele D. Johnson
Michele D. Johnson
Email: michele.johnson@lw.com

Attorneys for Defendants Goldman Sachs & Co. LLC, Keefe, Bruyette & Woods, Inc., Canaccord Genuity LLC, Compass Point Research & Trading, LLC, Craig-Hallum Capital Group LLC, J.P. Morgan Securities LLC, Wedbush Securities Inc., Citigroup Global Markets Inc., and UBS Securities LLC

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

2

UNDERWRITER DEFENDANTS'
NOTICE OF MOTION TO DISMISS
CASE NO. 3:22-CV-01936-JES-MSB