LATHAM & WATKINS LLP
Michele D. Johnson (SBN 198298)
Email: michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel.: 714.540.1235
Fax: 714.755.8290

Douglas K. Yatter (SBN 236089)
Jason C. Hegt (admitted *pro hac vice*)
Email: douglas.yatter@lw.com
Email: jason.hegt@lw.com
1271 Avenue of the Americas
New York, NY 10020
Tel.: 212.906.1200
Fax: 212.751.4864

*Attorneys for Defendants Goldman Sachs & Co. LLC, Keefe, Bruyette & Woods, Inc., Canaccord Genuity LLC, Compass Point Research & Trading, LLC, Craig-Hallum Capital Group LLC, J.P. Morgan Securities LLC, Wedbush Securities Inc., Citigroup Global Markets Inc., and UBS Securities LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-JES-MSB |
| | **DECLARATION OF JASON C. HEGT IN SUPPORT OF UNDERWRITER DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| | Date:       November 29, 2023<br>Time:       9:00 a.m.<br>Courtroom: 4B<br>Judge:      Hon. James E. Simmons, Jr. |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

DECLARATION ISO UNDERWRITER
DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:22-CV-01936-JES-MSB

I, Jason C. Hegt, declare as follows:

1.    I am a partner with the law firm of Latham & Watkins LLP and am counsel for Defendants Goldman Sachs & Co. LLC, Keefe, Bruyette & Woods, Inc., Canaccord Genuity LLC, Compass Point Research & Trading, LLC, Craig-Hallum Capital Group LLC, J.P. Morgan Securities LLC, Wedbush Securities Inc., Citigroup Global Markets Inc., and UBS Securities LLC ("Underwriter Defendants").

2.    I am a member in good standing with the State Bar of New York and I am admitted *pro hac vice* to practice before this Court.  *See* ECF No. 50.  I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, could and would testify competently thereto.

3.    I submit this declaration in support of the Underwriter Defendants' Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint for Violations of the Federal Securities Laws ("Complaint" or "AC").

4.    Attached hereto as **Exhibit A** is a true and correct copy of the Silvergate Capital Corporation's ("Silvergate") Annual Report on Form 10-K for the fiscal year ended December 31, 2019, filed with the Securities and Exchange Commission ("SEC") on March 10, 2020 ("2019 Form 10-K"), which is publicly available on the SEC website at www.sec.gov/edgar.

5.    Attached hereto as **Exhibit B** is a true and correct copy of the Silvergate Prospectus Supplement filed with the SEC on January 25, 2021 ("Jan. 2021 ProSupp"), which is publicly available on the SEC website at www.sec.gov/edgar.

6.    Attached hereto as **Exhibit C** is a true and correct copy of the Silvergate Annual Report on Form 10-K for the fiscal year ended December 31, 2020, filed with the SEC on March 8, 2021 ("2020 Form 10-K"), which is publicly available on the SEC website at www.sec.gov/edgar.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

DECLARATION ISO UNDERWRITER
DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:22-CV-01936-JES-MSB

7.     Attached hereto as **Exhibit D** is a true and correct copy of the Silvergate Prospectus Supplement filed with the SEC on March 9, 2021 ("Mar.-May 2021 ProSupp"), which is publicly available on the SEC website at www.sec.gov/edgar.

8.     Attached hereto as **Exhibit E** is a true and correct copy of the Silvergate Prospectus Supplement filed with the SEC on July 30, 2021 ("July 2021 ProSupp"), which is publicly available on the SEC website at www.sec.gov/edgar.

9.     Attached hereto as **Exhibit F** is a true and correct copy of the Silvergate Prospectus Supplement filed with the SEC on December 8, 2021 ("Dec. 2021 ProSupp"), which is publicly available on the SEC website at www.sec.gov/edgar.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July 2023, in New York, New York.

_____
Jason C. Hegt
Email: jason.hegt@lw.com

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
ORANGE COUNTY

2

DECLARATION ISO UNDERWRITER
DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:22-CV-01936-JES-MSB

## INDEX OF EXHIBITS

| Exhibit | Description | Pages |
|---|---|---|
| A | Silvergate Annual Report on Form 10-K for the fiscal year ended December 31, 2019, filed with the SEC on March 10, 2020 | 4-134 |
| B | Silvergate Prospectus Supplement filed with the SEC on January 25, 2021 | 135-198 |
| C | Silvergate Annual Report on Form 10-K for the fiscal year ended December 31, 2020, filed with the SEC on March 8, 2021 | 199-319 |
| D | Silvergate Prospectus Supplement filed with the SEC on March 9, 2021 | 320-381 |
| E | Silvergate Prospectus Supplement filed with the SEC on July 30, 2021 | 382-470 |
| F | Silvergate Prospectus Supplement filed with the SEC on December 8, 2021 | 471-528 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

3

DECLARATION ISO UNDERWRITER
DEFENDANTS' MOTION TO DISMISS
CASE NO. 3:22-CV-01936-JES-MSB