MATTHEW S. SHELDON (*pro hac vice*; VABN 73734)
**GOODWIN PROCTER LLP**
1900 N Street. N.W.
Washington. DC 20036-1612
Phone: (202) 346-4000
Fax: (202) 346-4444

JONATHAN A. SHAPIRO (SBN 257199)
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco. CA 94111-4003
Phone: (415) 733-6000
Fax: (415) 677-9041

AARON S. THOMPSON (SBN 272391)
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA 90401
Phone: 424-252-6400
Fax: 424-252-6401

*Attorneys for Defendants*
*Dennis S. Frank and Robert C. Campbell*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION. | Case No. 3:22-cv-01936-JES-MSB<br><br>**DEFENDANTS DENNIS S. FRANK'S AND ROBERT C. CAMPBELL'S REPLY IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE**<br><br>Date:      November 29, 2023<br>Time:      9:00 a.m.<br>Judge:     Hon. James E. Simmons, Jr.<br>Courtroom: 4b |

---

Defendants Dennis S. Frank and Robert C. Campbell respectfully submit this reply in support of their Request for Judicial Notice (Dkt. No 70, the "RJN").

Plaintiffs filed an omnibus opposition to the "Securities Act Defendants'" Requests for Judicial Notice, conceding that Underwriter Exhibits A-F and Messrs. Frank's and Campbell's Exhibits 2-4 are incorporated by reference into the Complaint, *see* Plaintiff's Opposition to Securities Act Defendants' Requests for Judicial Notice (Dkt. 82, the "Opposition") at 1, merely quibbling with the extent to which the Court may consider the contents of those exhibits, *see, e.g.*, *id.* at 2.

Plaintiffs separately object to Messrs. Frank's and Campbell's request for judicial notice of the April 14, 2022 Definitive Proxy Statement attached as Exhibit 1 to the Declaration of Jonathan A. Shapiro in Support of the RJN (Dkt. No. 70-2, the "Shapiro Declaration"). Plaintiffs' sole objection to Exhibit 1 is that it is somehow irrelevant, reflecting irrelevant retirement dates. *See* Opposition at 6-7. Messrs. Frank's and Campbell's retirement dates are a matter of public record (as is the entire Definitive Proxy Statement filed with the SEC) and of course are "relevant" because Messrs. Frank and Campbell cannot be sued for "making" statements on behalf of Silvergate after they retired from Silvergate. Accordingly, the Court should take judicial notice of the proxy attached as Ex. 1 to the Shapiro Declaration.

The Court should also take judicial notice of and consider Exhibits 2-4 to the Shapiro Declaration for the reasons set forth in Messrs. Frank's and Campbell's RJN and in the corresponding reply briefs of the Underwriter and Silvergate defendants.

1

Respectfully submitted.

Dated:       October 23, 2023          By:  /s/ Jonathan A. Shapiro
                                              JONATHAN A. SHAPIRO (SBN 257199)
                                              **GOODWIN PROCTER** LLP
                                              Three Embarcadero Center
                                              San Francisco. CA 94111-4003
                                              Phone: (415) 733-6000
                                              Fax: (415) 677-9041

                                              MATTHEW S. SHELDON (*pro hac vice*)
                                              **GOODWIN PROCTER** LLP
                                              1900 N Street. N.W.
                                              Washington. DC 20036-1612
                                              Phone: (202) 346-4000
                                              Fax: (202) 346-4444

                                              AARON S. THOMPSON (SBN 272391)
                                              **GOODWIN PROCTER** LLP
                                              520 Broadway, Suite 500
                                              Santa Monica, CA 90401
                                              Phone: 424-252-6400
                                              Fax: 424-252-6401

                                              *Attorneys for Defendants
                                              Dennis S. Frank and Robert C. Campbell*

2