**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

**COHEN MILSTEIN SELLERS &**
**TOLL PLLC**
CAROL V. GILDEN (*pro hac vice)*
cgilden@cohenmilstein.com
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 629-3737

*Lead Counsel for Lead Plaintiffs*
*and for the Class*

[Additional Counsel Appear on
Signature Page]

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-JES-MSB<br><br>**LEAD PLAINTIFFS' NOTICE OF RECENT AUTHORITY** |

Lead Plaintiffs respectfully submit this Notice of Recent Authority to bring to the Court's attention an order issued by the U.S. District Court of the Southern District of California in *Bhatai v. Silvergate Bank et al.*, No. 3:23-cv-01406-RBM-BLM (Mar. 20, 2024) (the "Order"), attached as Exhibit A.

The Order is relevant to Defendants' pending request for judicial notice and motion to dismiss (ECF No. 66), in which Defendants cited to—and requested judicial notice of—the Superseding Indictment of Sam Bankman-Fried. *See* ECF No. 66-1 at 1, 15, 19 n.14, 29; ECF No. 66-5. In the Order, Judge Montenegro denied Silvergate's motion to dismiss and request for judicial notice of the Superseding Indictment, finding that Silvergate's identical request for judicial notice and reliance on the Superseding Indictment in its motion to dismiss was "not permissible." *See* Order at 38.

Dated:  March 22, 2024

Respectfully submitted,

*/s/ Carol V. Gilden*
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (*pro hac vice*)
cgilden@cohenmilstein.com
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 629-3737

-and-

Steven J. Toll (*pro hac vice*)
stoll@cohenmilstein.com
S. Douglas Bunch (*pro hac vice*)
dbunch@cohenmilstein.com
Jan Messerschmidt (*pro hac vice*)
jmesserschmidt@cohenmilstein.com
Brendan Schneiderman (*pro hac vice*)
bschneiderman@cohenmilstein.com
1100 New York Avenue, N.W.
Suite 500
Washington, DC 20005

*/s/ Jonathan D. Uslaner*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA  90067
Tel: (310) 819-3470

-and-

John J. Rizio-Hamilton (*pro hac vice* pending)
johnr@blbglaw.com
Shane D. Avidan (*pro hac vice* pending)
shane.avidan@blbglaw.com
Nicole Santoro (*pro hac vice* pending)
nicole.santoro@blbglaw.com
1251 Avenue of the Americas
New York, NY  10020

Tel: (202) 408-4600                          Tel: (212) 554-1400

-and-

Christina D. Saler (*pro hac vice*)
csaler@cohenmilstein.com
100 N. 18th Street
Suite 1820
Philadelphia, PA 19103
Tel: (267) 479-5707

*Lead Counsel for Lead Plaintiffs and the Class*