**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

**COHEN MILSTEIN SELLERS
  & TOLL PLLC**
CAROL V. GILDEN (*pro hac vice*)
cgilden@cohenmilstein.com
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 629-3737

*Lead Counsel for Plaintiffs
and the proposed Class*

[Additional counsel on signature page]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-JES-MSB<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF RECENT AUTHORITY**<br><br>Dept: 4B<br>Hon. James E. Simmons, Jr. |

    

Following a lengthy investigation, the U.S. Securities Exchange Commission (the "SEC") today filed a blockbuster complaint detailing violations of the federal securities laws by Defendants Silvergate, former Chief Executive Officer ("CEO") Alan Lane, and former Chief Financial Officer ("CFO") Antonio Martino for the very misconduct at issue in this Action (the "SEC Complaint").  Simultaneous with the filing, (i) the SEC announced that Silvergate agreed to a final judgment ordering it to pay a $50 million civil penalty and imposing a permanent injunction to settle the charges; and (ii) the Federal Reserve Board and the California DFPI announced a $63 million penalty against Silvergate for the same misconduct.

The SEC Complaint, which is attached hereto as Exhibit A, includes detailed factual allegations that further corroborate the Complaint filed in this Action, and further undermine Defendants' fact-intensive arguments in their pending motions to dismiss—including how they were supposedly just an innocent "victim" of FTX. *See* ECF Nos. 79, 81 (Pltfs.' Opp. to MTD).   The SEC Complaint further corroborates that Silvergate "failed to adequately or automatically monitor for suspicious activity approximately $1 trillion in banking transactions that occurred on the SEN [and] also failed to detect nearly $9 billion in suspicious transfers by FTX and its related entities." Exhibit A at ¶3.  The SEC Complaint also corroborates how the Defendants "nevertheless issued misleading statements to the investing public that the Bank's BSA/AML compliance program was adequate." *Id*. at ¶4.

The SEC Complaint challenges many of the very same misrepresentations at issue in this Action.  This includes, among others, the statements repeated verbatim in Silvergate's annual Form 10-Ks, which were incorporated into each of the Offering Documents at issue in the Securities Act claims in this Action. *Compare* Exhibit A, at ¶97 to Complaint (ECF No. 43) at ¶336(d), (e).  As the SEC has now further confirmed, contrary to the statements in the Offering Documents, "Silvergate was essentially not conducting adequate 'on-going monitoring of customer activities,' nor did it employ 'system monitoring rules tailored to digital currency

activities' that could 'adequately screen and monitor [its] customers associated with the digital currency initiative for their compliance with anti-money laundering laws.'" *See* Exhibit A, at ¶¶100-102.

Dated: July 1, 2024

Respectfully submitted,

*/s/ Carol V. Gilden\**
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (*pro hac vice*)
cgilden@cohenmilstein.com
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 629-3737

*-and-*

Steven J. Toll (*pro hac vice*)
stoll@cohenmilstein.com
S. Douglas Bunch (*pro hac vice*)
dbunch@cohenmilstein.com
Jan Messerschmidt (*pro hac vice*)
jmesserschmidt@cohenmilstein.com
Brendan Schneiderman (*pro hac vice*)
bschneiderman@cohenmilstein.com
1100 New York Avenue, N.W.
Suite 500
Washington, DC 20005
Tel: (202) 408-4600

*-and-*

Christina D. Saler (*pro hac vice*)
csaler@cohenmilstein.com
100 N. 18th Street
Suite 1820
Philadelphia, PA 19103
Tel: (267) 479-5707

*/s/ Jonathan D. Uslaner*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*-and-*

John J. Rizio-Hamilton (*pro hac vice* pending)
johnr@blbglaw.com
Shane D. Avidan (*pro hac vice* pending)
shane.avidan@blbglaw.com
Nicole Santoro (*pro hac vice* pending)
nicole.santoro@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

*Lead Counsel for Plaintiffs and the proposed Class*

*All electronic signatures ("*/s/*") are signed with consent of counsel pursuant to Section 2(F)(4) of this Court's Electronic Case Filing Administrative Policies and Procedures Manual, as of July 24, 2023.