MATTHEW S. SHELDON (*pro hac vice*; VABN 73734)
**GOODWIN PROCTER LLP**
1900 N Street, N.W.
Washington, DC 20036-1612
Phone: (202) 346-4000
Fax: (202) 346-4444

JONATHAN A. SHAPIRO (SBN 257199)
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, CA 94111-4003
Phone: (415) 733-6000
Fax: (415) 677-9041

AARON S. THOMPSON (SBN 272391)
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, CA 90401
Phone: 424-252-6400
Fax: 424-252-6401

*Attorneys for Defendants*
*Dennis S. Frank and Robert C. Campbell*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION. | Case No. 3:22-cv-01936-JES-MSB<br><br>**DEFENDANTS DENNIS S. FRANK'S AND ROBERT C. CAMPBELL'S RESPONSE TO PLAINTIFFS' NOTICE OF RECENT AUTHORITY**<br><br>Judge: Hon. James E. Simmons, Jr.<br>Dept.: 4b |

Defendants Dennis S. Frank and Robert C. Campbell (collectively, "Retired Directors") object to lead plaintiffs' Notice of Recent Authority (ECF No. 108, "Notice"), attaching a complaint filed in New York by the U.S. Securities and Exchange Commission ("SEC") that has nothing to do with the Retired Directors (the "SEC Complaint").

*First*, as argued by the Silvergate Defendants' and Underwriter Defendants (ECF Nos. 109 and 110, respectively), unproven allegations in a different lawsuit, in

a different circuit, are not "authority" in this or any court.

*Second*, there is nothing in the (unproven) SEC Complaint—just like there is nothing the Consolidated Complaint pending in *this* case—that even remotely suggests that the Retired Defendants did anything to justify a lawsuit against them. The SEC Complaint makes no mention whatsoever of either Messrs. Frank or Campbell. In fact, the SEC's allegations that form the basis of the alleged violations of law therein pertain *only* to a period of time *after* Messrs. Frank and Campbell had already retired.

Dated: July 18, 2024                    GOODWIN PROCTER LLP

*s/ Jonathan A. Shapiro*
By: Jonathan A. Shapiro (SBN 257199)
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, Ca 94111-4003
Phone: (415) 733-6000
Fax: (415) 677-9041

Matthew S. Sheldon (*Pro Hac Vice*; VABN 73734)
**GOODWIN PROCTER LLP**
1900 N Street, N.W.
Washington, Dc 20036-1612
Phone: (202) 346-4000
Fax: (202) 346-4444

Aaron S. Thompson (SBN 272391)
**GOODWIN PROCTER LLP**
520 Broadway, Suite 500
Santa Monica, Ca 90401
Phone: 424-252-6400
Fax: 424-252-6401

*Attorneys For Defendants
Dennis S. Frank and Robert C. Campbell*