SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
jstigi@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130
Telephone:   858.720.8900

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
POLLY TOWILL, Cal. Bar. No. 120420
ptowill@sheppardmullin.com
HEATHER L. PLOCKY, Cal. Bar No. 279022
hplocky@sheppardmullin.com
333 South Hope Street, 43d Floor
Los Angeles, California 90071-1422
Telephone:   213.620.1780
Facsimile:   213.620.1398

Attorneys for Defendants SILVERGATE CAPITAL
CORPORATION, ALAN J. LANE, ANTONIO
MARTINO, KAREN F. BRASSFIELD, PAUL D.
COLUCCI, THOMAS C. DIRCKS, AANCHAL
GUPTA, MICHAEL LEMPRES, SCOTT A. REED
and COLLEEN SULLIVAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: | Case No. 3:22-cv-01936-JES-MSB |
|---|---|
| SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION. | CLASS ACTION |
| | **NOTICE OF BANKRUPTCY** |
| | Hon. James E. Simmons, Jr Dept.: 4B |

SMRH:4893-5617-6102.1

## <u>NOTICE OF BANKRUPTCY</u>

Notice is hereby given that on September 17, 2024, defendant Silvergate Capital Corporation ("Silvergate") filed a voluntary Petition of Bankruptcy under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware, Case No. 24-12158-CTG. True and correct copies of the relevant filings in the Bankruptcy Court are attached hereto as **Exhibit A**.

PLEASE BE ADVISED that, pursuant to Section 362(a) of the Bankruptcy Code, the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and of "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. §§ 362(a)(1) & 362(a)(3).

Dated: September 19, 2024      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
JOHN P. STIGI III
POLLY TOWILL
Attorneys for Defendants
SILVERGATE CAPITAL CORPORATION,
ALAN J. LANE, ANTONIO MARTINO, KAREN
F. BRASSFIELD, PAUL D. COLUCCI, THOMAS
C. DIRCKS, AANCHAL GUPTA, MICHAEL
LEMPRES, SCOTT A. REED and COLLEEN
SULLIVAN
Email: jstigi@sheppardmullin.com
Email: ptowill@sheppardmullin.com

Case No. 3:22-cv-1936-JES-MSB