**BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

**COHEN MILSTEIN SELLERS
   & TOLL PLLC**
CAROL V. GILDEN (*pro hac vice*)
cgilden@cohenmilstein.com
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 629-3737

*Lead Counsel for Plaintiffs
and the proposed Class*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-JES-MSB <br><br> CLASS ACTION <br><br> **PLAINTIFFS' RESPONSE RE: SILVERGATE'S NOTICE OF BANKRUPTCY** <br><br> Dept: 4B <br> Hon. James E. Simmons, Jr. |

PLAINTIFFS' RESPONSE RE:                          CASE NO. 22-CV-1936-JES-MSB
NOTICE OF BANKRUPTCY

Lead Plaintiffs respectfully submit this response to the Notice of Bankruptcy of Silvergate Capital Corporation ("Silvergate").  As set forth below, Silvergate's bankruptcy filing stays this action *only* as to Silvergate, and the action proceeds apace as to all the remaining Defendants.  Silvergate is just one of twenty-five Defendants in this Action.  Each of the twenty-four other Defendants is solvent and liable under the federal securities laws—including the Underwriter Defendants, Executive Defendants, and Director Defendants.

The law is clear that Silvergate's bankruptcy filing stays the action as to Defendant Silvergate *only*, but it does *not* stay this Action as to the twenty-four solvent Defendants.  *See United States v. Dos Cabezas Corp.*, 995 F.2d 1486, 1491 (9th Cir. 1993) ("[T]he automatic stay does *not* extend to actions against parties other than the debtor, such as codebtors and sureties."); *In re Chugach Forest Products, Inc.*, 23 F.3d 241, 246 (9th Cir. 1994) ("As a general rule, the automatic stay of section 362(a) protects only the debtor, property of the debtor or property of the estate. It does *not* protect non-debtor parties or their property.").  "This principle applies even when the individual co-defendant is closely associated with the bankrupt debtor or even a senior executive of the debtor." *International Petroleum Products and Additives Company, Inc. v. Black Gold S.A.R.L.*, 2022 WL 4094136, at *4 (N.D. Cal. Aug. 15, 2022).  Lead Plaintiffs, therefore, request the Court rule on the pending motions to dismiss brought by the Underwriter Defendants, Executive Defendants, and Director Defendants.

If anything, Silvergate's bankruptcy filing underscores the significance of Lead Plaintiffs' claims against the Underwriter Defendants, Executive Defendants, and Director Defendants.  These entities are now the *only* realistically viable sources of a meaningful recovery for investors in this Action; this is precisely why the Securities Act of 1933 imposes strict liability on underwriters and the signers of registration statements that contain material misrepresentations and omissions.

PLAINTIFFS' RESPONSE RE:                     - 1 -                     CASE NO. 22-CV-1936-JES-MSB
NOTICE OF BANKRUPTCY

Dated:  September 19, 2024

Respectfully submitted,

*/s/ Carol V. Gilden\**
**COHEN MILSTEIN SELLERS & TOLL PLLC**
Carol V. Gilden (*pro hac vice*)
cgilden@cohenmilstein.com
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 629-3737

*-and-*

Steven J. Toll (*pro hac vice*)
stoll@cohenmilstein.com
S. Douglas Bunch (*pro hac vice*)
dbunch@cohenmilstein.com
Jan Messerschmidt (*pro hac vice*)
jmesserschmidt@cohenmilstein.com
Brendan Schneiderman (*pro hac vice*)
bschneiderman@cohenmilstein.com
1100 New York Avenue, N.W.
Suite 500
Washington, DC 20005
Tel: (202) 408-4600

*-and-*

Christina D. Saler (*pro hac vice*)
csaler@cohenmilstein.com
100 N. 18th Street
Suite 1820
Philadelphia, PA 19103
Tel: (267) 479-5707

*/s/ Jonathan D. Uslaner*
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*-and-*

John J. Rizio-Hamilton (*pro hac vice* pending)
johnr@blbglaw.com
Shane D. Avidan (*pro hac vice* pending)
shane.avidan@blbglaw.com
Nicole Santoro (*pro hac vice* pending)
nicole.santoro@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

*Lead Counsel for Plaintiffs and the proposed Class*

*All electronic signatures ("*/s/*") are signed with consent of counsel pursuant to Section 2(F)(4) of this Court's Electronic Case Filing Administrative Policies and Procedures Manual, as of July 24, 2023.