LATHAM & WATKINS LLP
Michele D. Johnson (SBN 198298)
Email: michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel.: 714.540.1235
Fax: 714.755.8290

Douglas K. Yatter (SBN 236089)
Jason C. Hegt (admitted *pro hac vice*)
Email: douglas.yatter@lw.com
Email: jason.hegt@lw.com
1271 Avenue of the Americas
New York, NY 10020
Tel.: 212.906.1200
Fax: 212.751.4864

*Attorneys for Defendants Goldman Sachs & Co. LLC, Keefe, Bruyette & Woods, Inc., Canaccord Genuity LLC, Compass Point Research & Trading, LLC, Craig-Hallum Capital Group LLC, J.P. Morgan Securities LLC, Wedbush Securities Inc., Citigroup Global Markets Inc., and UBS Securities LLC*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-JES-MSB <br><br> **UNDERWRITER DEFENDANTS' RESPONSE TO SILVERGATE'S NOTICE OF BANKRUPTCY** <br><br> Courtroom: 4B <br> Judge: Hon. James E. Simmons, Jr. |

The Underwriter Defendants respectfully submit this response regarding Silvergate's Notice of Bankruptcy (ECF No. 112) and Plaintiffs' Response thereto (ECF No. 113).  Although Plaintiffs purport to advise the Court that Silvergate's bankruptcy does not stay the claims against the Underwriter Defendants, that issue has never been in dispute and no update on this topic was necessary.

However, Plaintiffs also use their response as an opportunity to argue that Silvergate's bankruptcy "underscores the significance" of Lead Plaintiffs' claims against the Underwriter Defendants (and others) because "[t]hese entities are now the only realistically viable sources of a meaningful recovery."  But Plaintiffs' view about the parties' respective creditworthiness has zero bearing on the question before the Court of whether Lead Plaintiffs have stated a viable claim against the Underwriter Defendants.  As outlined in the Underwriter Defendants' prior submissions, the Securities Act claims against the Underwriter Defendants are narrow claims limited to five statements made in connection with four offerings of Silvergate securities during 2021, and absolutely nothing about Silvergate's bankruptcy helps Lead Plaintiffs make the required showings that these particular statements were false or misleading or that any Lead Plaintiff has standing to bring these claims in the first place.  *See* ECF Nos. 71-1 (opening brief) and 92 (reply brief).

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

UNDERWRITER DEFENDANTS' RESPONSE TO
SILVERGATE'S NOTICE OF BANKRUPTCY
CASE NO. 3:22-CV-01936-JES-MSB

Dated:  September 20, 2024

Respectfully submitted,

**LATHAM & WATKINS LLP**


/s/ Michele D. Johnson
Michele D. Johnson
michele.johnson@lw.com

Attorneys for Defendants Goldman Sachs & Co. LLC, Keefe, Bruyette & Woods, Inc., Canaccord Genuity LLC, Compass Point Research & Trading, LLC, Craig-Hallum Capital Group LLC, J.P. Morgan Securities LLC, Wedbush Securities Inc., Citigroup Global Markets Inc., and UBS Securities LLC

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

2

UNDERWRITER DEFENDANTS' RESPONSE TO
SILVERGATE'S NOTICE OF BANKRUPTCY
CASE NO. 3:22-CV-01936-JES-MSB