**BERNSTEIN LITOWITZ BERGER**
 **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

**COHEN MILSTEIN SELLERS &**
**TOLL PLLC**
CAROL V. GILDEN (*pro hac vice)*
cgilden@cohenmilstein.com
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 629-3737

*Lead Counsel for Lead Plaintiffs*
*and for the Class*

[Additional Counsel Appear on Signature Page]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-JES-MSB |
|---|---|
| | **PLAINTIFFS' NOTICE OF RECENT AUTHORITY** |
| | Dept.: 4B<br>Hon.: James E. Simmons |

Lead Plaintiffs respectfully submit this Notice of Recent Authority to bring to the Court's attention an order issued today by the United States Court of Appeals for the Second Circuit in *Pappas v. Qutoutiao Inc. et al.*, 2024 WL 4588491 (2d Cir. Oct. 28, 2024) (the "Order"), attached hereto as Exhibit A.

The Order is relevant to the Underwriter Defendants' pending motion to dismiss (ECF No. 71), which incorrectly asserts that the heightened pleading standard of Rule 9(b) applies to the Securities Act Claims brought against the Underwriter Defendants. *See* Ex. A. Relying upon the Ninth Circuit's decision in *Vess v. Ciba-Geigy Corp. USA*, 317 F.3d 1097, 1104 (9th Cir. 2003), the Second Circuit emphasized that, "'[t]o require that non-fraud allegations be stated with particularity merely because they appear in a complaint alongside fraud averments . . . would impose a burden on plaintiffs not contemplated by the notice pleading requirements of Rule 8(a).'" *Id.* at \*2. The Second Circuit further stressed that an "underwriter with respect to a registration statement under Section 11 of the Securities Act or the offeror or seller of a security under Section 12 may negligently fail to disclose conduct that another has engaged in intentionally" and, therefore, be subject to Rule 8's notice pleading standard even when there are concurrent Exchange Act fraud claims brought against the issuer defendant. *Id.* (vacating and remanding for proceedings under Rule 8).

Dated: October 28, 2024                          Respectfully submitted,

*/s/ Carol V. Gilden*                             */s/ Jonathan D. Uslaner*
**COHEN MILSTEIN SELLERS**          **BERNSTEIN LITOWITZ BERGER**
  **& TOLL PLLC**                                **& GROSSMANN LLP**
Carol V. Gilden (*pro hac vice*)             Jonathan D. Uslaner (Bar No. 256898)
cgilden@cohenmilstein.com               jonathanu@blbglaw.com
190 S. LaSalle Street, Suite 1705           Lauren M. Cruz (Bar No. 299964)
Chicago, IL 60603                               lauren.cruz@blbglaw.com
Tel: (312) 629-3737                            2121 Avenue of the Stars, Suite 2575
                                                       Los Angeles, CA 90067
-and-                                               Tel: (310) 819-3481

Steven J. Toll (*pro hac vice*)
stoll@cohenmilstein.com
S. Douglas Bunch (*pro hac vice*)
dbunch@cohenmilstein.com
Jan Messerschmidt (*pro hac vice*)
jmesserschmidt@cohenmilstein.com
Brendan Schneiderman (*pro hac vice*)
bschneiderman@cohenmilstein.com
1100 New York Avenue, N.W.
Suite 500
Washington, DC 20005
Tel: (202) 408-4600

-and-

Christina D. Saler (*pro hac vice*)
csaler@cohenmilstein.com
100 N. 18th Street
Suite 1820
Philadelphia, PA 19103
Tel: (267) 479-5707

-and-

John J. Rizio-Hamilton (*pro hac vice* pending)
johnr@blbglaw.com
Shane D. Avidan (*pro hac vice* pending)
shane.avidan@blbglaw.com
Nicole Santoro (*pro hac vice* pending)
nicole.santoro@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

*Lead Counsel for Lead Plaintiffs and the Class*