LATHAM & WATKINS LLP
Michele D. Johnson (SBN 198298)
Email: michele.johnson@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel.: 714.540.1235
Fax: 714.755.8290

Douglas K. Yatter (SBN 236089)
Jason C. Hegt (admitted *pro hac vice*)
Email: douglas.yatter@lw.com
Email: jason.hegt@lw.com
1271 Avenue of the Americas
New York, NY 10020
Tel.: 212.906.1200
Fax: 212.751.4864

*Attorneys for Defendants Goldman Sachs & Co. LLC, Keefe, Bruyette & Woods, Inc., Canaccord Genuity LLC, Compass Point Research & Trading, LLC, Craig-Hallum Capital Group LLC, J.P. Morgan Securities LLC, Wedbush Securities Inc., Citigroup Global Markets Inc., and UBS Securities LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-JES-MSB<br><br>**UNDERWRITER DEFENDANTS' NOTICE OF RECENT AUTHORITY**<br><br>Courtroom:  4B<br>Judge:  Hon. James E. Simmons, Jr. |

The Underwriter Defendants (listed below) respectfully submit this Notice of Recent Authority to bring to the Court's attention an opinion issued two days ago by the United States Court of Appeals for the Ninth Circuit in *In re Klin v. Cloudera, Inc.*, No. 22-16807 (9th Cir. Nov. 19, 2024), attached hereto as Exhibit A. There, the Ninth Circuit affirmed dismissal of claims brought under the Securities Act of 1933 and the Securities Exchange Act of 1934 for failure to adequately plead that any of the defendants' statements were false or misleading after concluding that both sets of claims were subject to the heightened pleading standard of Federal Rule of Civil Procedure 9(b). *See* Ex. A at 9. Although Plaintiffs' most recent notice (ECF No. 115) offered unpublished, out-of-circuit authority to suggest the contrary, the Ninth Circuit's published decision confirms the position in the Underwriter Defendants' response (ECF No. 116) that the Securities Act claims in this case are subject to Rule 9(b) because "even though fraud is not an element of [the] Securities Act claims, those claims too are subject to Rule 9(b) because they rely on the same factual allegations underlying the Exchange Act claims." *See* Ex. A at 9.

Dated: November 21, 2024

**LATHAM & WATKINS LLP**

/s/ Michele D. Johnson
Michele D. Johnson
michele.johnson@lw.com

Attorneys for Defendants Goldman Sachs & Co. LLC, Keefe, Bruyette & Woods, Inc., Canaccord Genuity LLC, Compass Point Research & Trading, LLC, Craig-Hallum Capital Group LLC, J.P. Morgan Securities LLC, Wedbush Securities Inc., Citigroup Global Markets Inc., and UBS Securities LLC

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

UNDERWRITER DEFENDANTS'
NOTICE OF RECENT AUTHORITY
CASE NO. 3:22-CV-01936-JES-MSB