**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

**COHEN MILSTEIN SELLERS & TOLL PLLC**
CAROL V. GILDEN (*pro hac vice*)
cgilden@cohenmilstein.com
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 629-3737

*Lead Counsel for Lead Plaintiffs and for the Class*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-JES-MSB <br><br> **PLAINTIFFS' RESPONSE TO THE UNDERWRITER DEFENDANTS' NOTICE OF RECENT AUTHORITY** <br><br> Dept.: 4B <br> Hon. James E. Simmons |

Lead Plaintiffs respectfully submit this response to the Underwriter Defendants' Notice of Recent Authority (ECF No. 108, the "Notice"), which attached *In re Cloudera, Inc. Securities Litigation*, No. 22-16807 (9th Cir. Nov. 19, 2024) ("*Cloudera*"). The decision in *Cloudera* has no relevance to this case.

To start, Defendants do not contend (nor could they) that *Cloudera* is remotely similar to the facts here. Unlike in *Cloudera*, the Complaint in this case involves clear-cut misrepresentations backed by a mountain of evidence—including the accounts of numerous well-placed witnesses, exposés by investigative journalists, findings by the Federal Reserve, and more. Silvergate's well-documented failure to conduct due diligence before onboarding customers and failure to monitor its customers' activity have led to the Bank's demise, fines by the SEC and the Federal Reserve, and an ongoing DOJ investigation.

Instead of grappling with the facts, Defendants contend *Cloudera*, which did not even involve claims against underwriters, is somehow relevant to the question of what pleading requirement applies to the claims against the Underwriter Defendants. This is a red-herring: under any pleading standard, the Complaint in this action passes with flying colors. Moreover, the Underwriter Defendants are wrong on the law. Nothing in *Cloudera* undermines the well-settled law—discussed at pages 9-10 of the Opposition (ECF No. 81)—that non-fraud Securities Act claims against the Underwriter Defendants are subject to normal, non-heightened pleading standards even when, as here, they are contained in a complaint asserting Exchange Act claims of fraud against other defendants. Indeed, *Cloudera* only involved overlapping claims against corporate insiders, not any underwriters.

Finally, as the District Court in *Cloudera* observed in its dismissal order, plaintiffs there "'ma[d]e only a nominal effort to disclaim allegations of fraud' with respect to their Securities Act claims" and "ma[d]e no argument as to why Rule 9(b) does not apply." *In re Cloudera, Inc. Sec. Litig.*, 2022 WL 14813896, at *14 (N.D. Cal. Oct. 25, 2022). Here, by contrast, Plaintiffs have gone out of their way both to

disclaim allegations of fraud against the Underwriter Defendants and to segregate the allegations in the Complaint, such that the claims against them are entirely distinct from other claims and depend on <u>no</u> allegation of fraud.

Dated: November 22, 2024                    Respectfully submitted,

*/s/ Carol V. Gilden*                              */s/ Jonathan D. Uslaner*

| **COHEN MILSTEIN SELLERS & TOLL PLLC** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
|---|---|
| Carol V. Gilden (*pro hac vice*) | Jonathan D. Uslaner (Bar No. 256898) |
| cgilden@cohenmilstein.com | jonathanu@blbglaw.com |
| 190 S. LaSalle Street, Suite 1705 | Lauren M. Cruz (Bar No. 299964) |
| Chicago, IL 60603 | lauren.cruz@blbglaw.com |
| Tel: (312) 629-3737 | 2121 Avenue of the Stars, Suite 2575 |
|  | Los Angeles, CA 90067 |
| -and- | Tel: (310) 819-3470 |
|  |  |
| Steven J. Toll (*pro hac vice*) | -and- |
| stoll@cohenmilstein.com |  |
| S. Douglas Bunch (*pro hac vice*) | John J. Rizio-Hamilton (*pro hac vice* pending) |
| dbunch@cohenmilstein.com | johnr@blbglaw.com |
| Jan Messerschmidt (*pro hac vice*) | Shane D. Avidan (*pro hac vice* pending) |
| jmesserschmidt@cohenmilstein.com | shane.avidan@blbglaw.com |
| Brendan Schneiderman (*pro hac vice*) | Nicole Santoro (*pro hac vice* pending) |
| bschneiderman@cohenmilstein.com | nicole.santoro@blbglaw.com |
| 1100 New York Avenue, N.W. | 1251 Avenue of the Americas |
| Suite 500 | New York, NY 10020 |
| Washington, DC 20005 | Tel: (212) 554-1400 |
| Tel: (202) 408-4600 |  |

-and-

Christina D. Saler (*pro hac vice*)
csaler@cohenmilstein.com
100 N. 18th Street
Suite 1820
Philadelphia, PA 19103
Tel: (267) 479-5707

*Lead Counsel for Lead Plaintiffs and the Class*