```
 1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
 2    Including Professional Corporations
    JOHN P. STIGI III, Cal. Bar No. 208342
 3  jstigi@sheppardmullin.com
    12275 El Camino Real, Suite 100
 4  San Diego, California 92130-4092
    Telephone: 858.720.8900
 5  Facsimile:  858.509.3691

 6  POLLY TOWILL, Cal. Bar. No. 120420
    ptowill@sheppardmullin.com
 7  HEATHER L. PLOCKY, Cal. Bar No. 279022
    hplocky@sheppardmullin.com
 8  350 South Grand Avenue, 40th Floor
    Los Angeles, California 90071-3460
 9  Telephone: 213.620.1780
    Facsimile:  213.620.1398
10
    Attorneys for Defendants SILVERGATE CAPITAL
11  CORPORATION, ALAN J. LANE, ANTONIO
    MARTINO, KAREN F. BRASSFIELD, PAUL D.
12  COLUCCI, THOMAS C. DIRCKS, AANCHAL
    GUPTA, MICHAEL LEMPRES, SCOTT A. REED
13  and COLLEEN SULLIVAN
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: | Case No. 3:22-cv-01936-JES-MSB |
|---|---|
| SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION. | CLASS ACTION |
| | **DEFENDANT KAREN BRASSFIELD'S SUBSTITUTION OF COUNSEL** |
| | [S.D. Cal. Local Rule 83.3(f)(2)] |
| | Hon. James E. Simmons. Jr. |

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 83.3(f)(2), Defendant Karen F. Brassfield hereby substitutes Lyn R. Agre of Glenn Agre Bergman & Fuentes LLP as her counsel of record in place of John P. Stigi III, Polly Towill, and Heather L. Plocky of Sheppard Mullin Richter & Hampton, LLP.

Any and all papers, notices, service of process and filings should be directed to Lyn R. Agre at the address, telephone number and email address below:

 Lyn R. Agre
 GLENN AGRE BERGMAN & FUENTES LLP
 580 California Street, Suite 1420
 San Francisco, CA 94104
 Telephone: (212) 970-1602
 Email:  lagre@glennagre.com

The undersigned consents to the substitution on behalf of Defendant F. Karen Brassfield.

Dated: Jan. 2, 2025

    By *Karen F. Brassfield*
      KAREN F. BRASSFIELD
      Defendant

The undersigned consents to the above substitution.
Dated: December __, 2024 SHEPPARD MULLIN RICHTER & HAMPTON, LLP

    By _____

| | |
|---|---|
| Dated: December 31, 2024 | SHEPPARD MULLIN RICHTER & HAMPTON, LLP |

By _____
JOHN P. STIGI III
Email: jstigi@sheppardmullin.com

Attorneys for Defendant
KAREN F. BRASSFIELD

The undersigned is duly admitted to practice in the Southern District of California and accepts the above substitution.

| | |
|---|---|
| Dated: December 31, 2024 | GLENN AGRE BERGMAN & FUENTES LLP |

By _____
Lyn R. Agre
Email: lagre@glennagre.com

Attorneys for Defendant
KAREN F. BRASSFIELD

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 15, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By  *s/ John P. Stigi III*
    John P. Stigi III