1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2     Including Professional Corporations
   JOHN P. STIGI III, Cal. Bar No. 208342
3  jstigi@sheppardmullin.com
   12275 El Camino Real, Suite 100
4  San Diego, California 92130-4092
   Telephone: 858.720.8900
5  Facsimile: 858.509.3691

6  POLLY TOWILL, Cal. Bar. No. 120420
   ptowill@sheppardmullin.com
7  HEATHER L. PLOCKY, Cal. Bar No. 279022
   hplocky@sheppardmullin.com
8  350 South Grand Avenue, 40th Floor
   Los Angeles, California 90071-3460
9  Telephone: 213.620.1780
   Facsimile: 213.620.1398
10
   Attorneys for Defendants SILVERGATE CAPITAL
11 CORPORATION, ALAN J. LANE, ANTONIO
   MARTINO, KAREN F. BRASSFIELD, PAUL D.
12 COLUCCI, THOMAS C. DIRCKS, AANCHAL
   GUPTA, MICHAEL LEMPRES, SCOTT A. REED
13 and COLLEEN SULLIVAN

14               UNITED STATES DISTRICT COURT

15              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16 IN RE: | Case No. 3:22-cv-01936-JES-MSB |
| 17 SILVERGATE CAPITAL CORPORATION SECURITIES | <u>CLASS ACTION</u> |
| 18 LITIGATION. | **DEFENDANT PAUL D. COLUCCI'S SUBSTITUTION OF COUNSEL** |
| 19 | |
| 20 | **[S.D. Cal. Local Rule 83.3(f)(2)]** |
| 21 | Hon. James E. Simmons. Jr. |

22
23
24
25
26
27
28

SMRH:4862-0659-5249.1                            Case No. 3:22-CV-01936-JES-MSB
                                            PAUL D. COLUCCI'S SUBSTITUTION OF COUNSEL

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 83.3(f)(2), Defendant Paul D. Colucci hereby substitutes Lyn R. Agre of Glenn Agre Bergman & Fuentes LLP as his counsel of record in place of John P. Stigi III, Polly Towill, and Heather L. Plocky of Sheppard Mullin Richter & Hampton, LLP.

Any and all papers, notices, service of process and filings should be directed to Lyn R. Agre at the address, telephone number and email address below:

> Lyn R. Agre
> GLENN AGRE BERGMAN & FUENTES LLP
> 580 California Street, Suite 1420
> San Francisco, CA 94104
> Telephone: (212) 970-1602
> Email: lagre@glennagre.com

The undersigned consents to the substitution on behalf of Defendant Paul D. Colucci.

Dated: 12-31-24

By: /s/ Paul D. Colucci
PAUL D. COLUCCI
Defendant

The undersigned consents to the above substitution.

1 | Dated: December 31, 2024  SHEPPARD MULLIN RICHTER & HAMPTON, LLP

By _____
JOHN P. STIGI III
Email: jstigi@sheppardmullin.com

Attorneys for Defendant
PAUL D. COLUCCI

The undersigned is duly admitted to practice in the Southern District of California and accepts the above substitution

Dated: December 31, 2024    GLENN AGRE BERGMAN & FUENTES LLP

By _____
Lyn R. Agre
Email: lagre@glennagre.com

Attorneys for Defendant
PAUL D. COLUCCI

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 15, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By   *s/ John P. Stigi III*
     John P. Stigi III