1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   JOHN P. STIGI III, Cal. Bar No. 208342
3  jstigi@sheppardmullin.com
   12275 El Camino Real, Suite 100
4  San Diego, California 92130-4092
   Telephone:  858.720.8900
5  Facsimile:   858.509.3691

6  POLLY TOWILL, Cal. Bar. No. 120420
   ptowill@sheppardmullin.com
7  HEATHER L. PLOCKY, Cal. Bar No. 279022
   hplocky@sheppardmullin.com
8  350 South Grand Avenue, 40th Floor
   Los Angeles, California 90071-3460
9  Telephone:  213.620.1780
   Facsimile:   213.620.1398
10
   Attorneys for Defendants SILVERGATE CAPITAL
11 CORPORATION, ALAN J. LANE, ANTONIO
   MARTINO, KAREN F. BRASSFIELD, PAUL D.
12 COLUCCI, THOMAS C. DIRCKS, AANCHAL
   GUPTA, MICHAEL LEMPRES, SCOTT A. REED
13 and COLLEEN SULLIVAN

14                UNITED STATES DISTRICT COURT

15               SOUTHERN DISTRICT OF CALIFORNIA

16 | IN RE:                          | Case No. 3:22-cv-01936-JES-MSB
17 | SILVERGATE CAPITAL              | CLASS ACTION
   | CORPORATION SECURITIES          |
18 | LITIGATION.                     | **DEFENDANT THOMAS C.**
                                      **DIRCKS' SUBSTITUTION OF**
19                                    **COUNSEL**

20                                    [S.D. Cal. Local Rule 83.3(f)(2)]

21                                    Hon. James E. Simmons. Jr.

SMRH:4921-9787-5465.1

Case No. 3:22-CV-01936-JES-MSB
THOMAS C. DIRCKS' SUBSTITUTION OF COUNSEL

1  TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF
2  RECORD:
3
4  Pursuant to Civil Local Rule 83.3(f)(2), Defendant Thomas C. Dircks hereby
5  substitutes Lyn R. Agre of Glenn Agre Bergman & Fuentes LLP as his counsel of
6  record in place of John P. Stigi III, Polly Towill, and Heather L. Plocky of Sheppard
7  Mullin Richter & Hampton, LLP.
8
9  Any and all papers, notices, service of process and filings should be directed
10 to Lyn R. Agre at the address, telephone number and email address below:
11     Lyn R. Agre
       GLENN AGRE BERGMAN & FUENTES LLP
12     580 California Street, Suite 1420
       San Francisco, CA 94104
13     Telephone:  (212) 970-1602
14     Email:      lagre@glennagre.com
15
16 The undersigned consents to the substitution on behalf of Defendant Thomas
   C. Dircks.
17
18 Dated: 1/8/25
19
                                     By _____
20                                          THOMAS C. DIRCKS
21                                          Defendant
22
23 The undersigned consents to the above substitution.
   Dated: December ___, 2024 SHEPPARD MULLIN RICHTER & HAMPTON, LLP
24
25
26                                   By _____
27
28
                                    -2-
                                                Case No. 3:22-CV-01936-JES-MSB
                                     THOMAS C. DIRCKS' SUBSTITUTION OF COUNSEL

SMRH:4921-9787-5465.1

1  Dated: December 31, 2024     SHEPPARD MULLIN RICHTER & HAMPTON, LLP

3                      By     /s/ John Stigi / MAM
                                JOHN P. STIGI III
                                Email: jstigi@sheppardmullin.com

                                Attorneys for Defendant
                                THOMAS C. DIRCKS

8  The undersigned is duly admitted to practice in the Southern District of California and accepts the above substitution

11 Dated: December 31, 2024     GLENN AGRE BERGMAN & FUENTES LLP

13                     By     /s/ Lyn Agre
                                Lyn R. Agre
                                Email: lagre@glennagre.com

                                Attorneys for Defendant
                                THOMAS C. DIRCKS

SMRH:4921-9787-5465.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 15, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By  *s/ John P. Stigi III*
John P. Stigi III