|   |   |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | A Limited Liability Partnership<br>Including Professional Corporations |
|   | JOHN P. STIGI III, Cal. Bar No. 208342 |
| 3 | jstigi@sheppardmullin.com<br>12275 El Camino Real, Suite 100 |
| 4 | San Diego, California 92130-4092<br>Telephone: 858.720.8900 |
| 5 | Facsimile: 858.509.3691 |
| 6 | POLLY TOWILL, Cal. Bar. No. 120420 |
|   | ptowill@sheppardmullin.com |
| 7 | HEATHER L. PLOCKY, Cal. Bar No. 279022<br>hplocky@sheppardmullin.com |
| 8 | 350 South Grand Avenue, 40th Floor<br>Los Angeles, California 90071-3460 |
| 9 | Telephone: 213.620.1780<br>Facsimile: 213.620.1398 |
| 10 |   |
| 11 | Attorneys for Defendants SILVERGATE CAPITAL CORPORATION, ALAN J. LANE, ANTONIO MARTINO, KAREN F. BRASSFIELD, PAUL D. COLUCCI, THOMAS C. DIRCKS, AANCHAL GUPTA, MICHAEL LEMPRES, SCOTT A. REED and COLLEEN SULLIVAN |
| 12 |   |
| 13 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE:<br><br>SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION. | Case No. 3:22-cv-01936-JES-MSB<br><br>CLASS ACTION<br><br>**DEFENDANT MICHAEL LEMPRES' SUBSTITUTION OF COUNSEL**<br><br>**[S.D. Cal. Local Rule 83.3(f)(2)]**<br><br>Hon. James E. Simmons. Jr. |
|---|---|

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 83.3(f)(2), Defendant Michael Lempres hereby substitutes Lyn R. Agre of Glenn Agre Bergman & Fuentes LLP as his counsel of record in place of John P. Stigi III, Polly Towill, and Heather L. Plocky of Sheppard Mullin Richter & Hampton, LLP.

Any and all papers, notices, service of process and filings should be directed to Lyn R. Agre at the address, telephone number and email address below:

Lyn R. Agre
GLENN AGRE BERGMAN & FUENTES LLP
580 California Street, Suite 1420
San Francisco, CA 94104
Telephone: (212) 970-1602
Email: lagre@glennagre.com

The undersigned consents to the substitution on behalf of Defendant Michael Lempres.

Dated: 1/9/25

By _____
MICHAEL LEMPRES
Defendant

The undersigned consents to the above substitution.
Dated: December __, 2024   SHEPPARD MULLIN RICHTER & HAMPTON, LLP

By _____

Dated: December 31, 2024  SHEPPARD MULLIN RICHTER & HAMPTON, LLP

By  *John Stigi / MAM*
JOHN P. STIGI III
Email: jstigi@sheppardmullin.com

Attorneys for Defendant
MICHAEL LEMPRES

The undersigned is duly admitted to practice in the Southern District of California and accepts the above substitution

Dated: December 31, 2024  GLENN AGRE BERGMAN & FUENTES LLP

By  *Lyn Agre*
Lyn R. Agre
Email: lagre@glennagre.com

Attorneys for Defendant
MICHAEL LEMPRES

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 15, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By   *s/ John P. Stigi III*
John P. Stigi III