```
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
jstigi@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile:  858.509.3691

POLLY TOWILL, Cal. Bar. No. 120420
ptowill@sheppardmullin.com
HEATHER L. PLOCKY, Cal. Bar No. 279022
hplocky@sheppardmullin.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: 213.620.1780
Facsimile:  213.620.1398

Attorneys for Defendants SILVERGATE CAPITAL
CORPORATION, ALAN J. LANE, ANTONIO
MARTINO, KAREN F. BRASSFIELD, PAUL D.
COLUCCI, THOMAS C. DIRCKS, AANCHAL
GUPTA, MICHAEL LEMPRES, SCOTT A. REED
and COLLEEN SULLIVAN
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION. | Case No. 3:22-cv-01936-JES-MSB<br><br>**CLASS ACTION**<br><br>**DEFENDANT COLLEEN SULLIVAN'S SUBSTITUTION OF COUNSEL**<br><br>**[S.D. Cal. Local Rule 83.3(f)(2)]**<br><br>Hon. James E. Simmons. Jr. |

SMRH:4932-7830-1961.1

Case No. 3:22-CV-01936-JES-MSB
COLLEEN SULLIVAN'S SUBSTITUTION OF COUNSEL

TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil Local Rule 83.3(f)(2), Defendant Colleen Sullivan hereby substitutes Lyn R. Agre of Glenn Agre Bergman & Fuentes LLP as her counsel of record in place of John P. Stigi III, Polly Towill, and Heather L. Plocky of Sheppard Mullin Richter & Hampton, LLP.

Any and all papers, notices, service of process and filings should be directed to Lyn R. Agre at the address, telephone number and email address below:

> Lyn R. Agre
> **GLENN AGRE BERGMAN & FUENTES LLP**
> 580 California Street, Suite 1420
> San Francisco, CA 94104
> Telephone: (212) 970-1602
> Email: lagre@glennagre.com

The undersigned consents to the substitution on behalf of Defendant Colleen Sullivan.

Dated: 1/1/25

By _____
COLLEEN SULLIVAN
Defendant

The undersigned consents to the above substitution.

Dated: December 31, 2024   SHEPPARD MULLIN RICHTER & HAMPTON, LLP

By  */s/ John Stigi /MAM/*
JOHN P. STIGI III
Email: jstigi@sheppardmullin.com

Attorneys for Defendant
COLLEEN SULLIVAN

The undersigned is duly admitted to practice in the Southern District of California and accepts the above substitution

Dated: December 31, 2024   GLENN AGRE BERGMAN & FUENTES LLP

By  */s/ Lyn Agre*
Lyn R. Agre
Email: lagre@glennagre.com

Attorneys for Defendant
COLLEEN SULLIVAN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 15, 2025 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By   *s/ John P. Stigi III*
       John P. Stigi III