UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN Re:<br><br>SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION. | Case No.: 3:22-cv-01936-JES-MSB<br><br>**ORDER GRANTING MOTIONS FOR SUBSTITUTION OF COUNSEL**<br><br>**[ECF Nos. 119, 120, 121, 122, 123, 124, 125]** |

Defendants Karen F. Brassfield ("Brassfield"), Paul D. Colucci ("Colucci"), Thomas C. Dircks ("Dircks"), Aanchal Gupta ("Gupta"), Michael Lempres ("Lempres"), Scott Reed ("Reed"), and Colleen Sullivan ("Sullivan") submitted motions for substitution of counsel. ECF Nos. 119, 120, 121, 122, 123, 124, 125. Good cause appearing, the Court **GRANTS** those motions and orders the following substitutions:

1. Lyn R. Agre of Glenn Agre Bergman & Fuentes LLP is substituted as counsel of record for Defendant Brassfield in place of John P. Stigi III, Polly Towill, and Heather L. Plocky of Sheppard Mullin Richter & Hampton, LLP.
2. Lyn R. Agre of Glenn Agre Bergman & Fuentes LLP is substituted as counsel of record for Defendant Colucci in place of John P. Stigi III, Polly Towill, and Heather L. Plocky of Sheppard Mullin Richter & Hampton, LLP.

3. Lyn R. Agre of Glenn Agre Bergman & Fuentes LLP is substituted as counsel of record for Defendant Dircks in place of John P. Stigi III, Polly Towill, and Heather L. Plocky of Sheppard Mullin Richter & Hampton, LLP.

4. Lyn R. Agre of Glenn Agre Bergman & Fuentes LLP is substituted as counsel of record for Defendant Gupta in place of John P. Stigi III, Polly Towill, and Heather L. Plocky of Sheppard Mullin Richter & Hampton, LLP.

5. Lyn R. Agre of Glenn Agre Bergman & Fuentes LLP is substituted as counsel of record for Defendant Lempres in place of John P. Stigi III, Polly Towill, and Heather L. Plocky of Sheppard Mullin Richter & Hampton, LLP.

6. Lyn R. Agre of Glenn Agre Bergman & Fuentes LLP is substituted as counsel of record for Defendant Reed in place of John P. Stigi III, Polly Towill, and Heather L. Plocky of Sheppard Mullin Richter & Hampton, LLP.

7. Lyn R. Agre of Glenn Agre Bergman & Fuentes LLP is substituted as counsel of record for Defendant Sullivan in place of John P. Stigi III, Polly Towill, and Heather L. Plocky of Sheppard Mullin Richter & Hampton, LLP.

The Clerk of Court is directed to update the record in accordance with this Order.

**IT IS SO ORDERED**.

Dated: January 16, 2025

Honorable James E. Simmons Jr.
United States District Judge