**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
LAUREN M. CRUZ (Bar No. 299964)
lauren.cruz@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

**COHEN MILSTEIN SELLERS & TOLL
  PLLC**
CAROL V. GILDEN (*pro hac vice*)
cgilden@cohenmilstein.com
190 S. LaSalle Street, Suite 1705
Chicago, IL 60603
Tel: (312) 629-3737

*Lead Counsel for Lead Plaintiffs
and for the Class*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-JES-MSB <br><br> <u>CLASS ACTION</u> <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Dept.: 4B <br> Hon. James E. Simmons |

The parties hereby jointly notify the Court that a settlement-in-principle has been reached that will resolve the above-captioned matter, the terms of which are being finalized and will be subject to class notice and court approval. A stay of the case is requested pending prompt effectuation of the settlement.

Dated: March 25, 2025                                   Respectfully submitted,

| */s/ Carol V. Gilden* | */s/ Jonathan D. Uslaner* |
|---|---|
| **COHEN MILSTEIN SELLERS & TOLL PLLC** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| Carol V. Gilden (*pro hac vice*) | Jonathan D. Uslaner (Bar No. 256898) |
| cgilden@cohenmilstein.com | jonathanu@blbglaw.com |
| 190 S. LaSalle Street, Suite 1705 | Lauren M. Cruz (Bar No. 299964) |
| Chicago, IL 60603 | lauren.cruz@blbglaw.com |
| Tel: (312) 629-3737 | 2121 Avenue of the Stars, Suite 2575 |
|  | Los Angeles, CA 90067 |
| -and- | Tel: (310) 819-3481 |
| Steven J. Toll (*pro hac vice*) | -and- |
| stoll@cohenmilstein.com |  |
| S. Douglas Bunch (*pro hac vice*) | John J. Rizio-Hamilton (*pro hac vice* pending) |
| dbunch@cohenmilstein.com | johnr@blbglaw.com |
| Jan Messerschmidt (*pro hac vice*) | Shane D. Avidan (*pro hac vice* pending) |
| jmesserschmidt@cohenmilstein.com | shane.avidan@blbglaw.com |
| Brendan Schneiderman (*pro hac vice*) | 1251 Avenue of the Americas |
| bschneiderman@cohenmilstein.com | New York, NY 10020 |
| 1100 New York Avenue, N.W. | Tel: (212) 554-1400 |
| Suite 800 |  |
| Washington, DC 20005 |  |
| Tel: (202) 408-4600 |  |
| -and- |  |
| Christina D. Saler (*pro hac vice*) |  |
| csaler@cohenmilstein.com |  |
| 100 N. 18th Street |  |
| Suite 1820 |  |
| Philadelphia, PA 19103 |  |
| Tel: (267) 479-5707 |  |

*Lead Counsel for Lead Plaintiffs and the Class*

| | |
|---|---|
| */s/ John P. Stigi III* | */s/ Michele D. Johnson* |
| **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** | **LATHAM & WATKINS LLP** |
| John P. Stigi III (Bar No. 208342) | Michele D. Johnson (Bar No. 198298) |
| jstigi@sheppardmullin.com | michele.johnson@lw.com |
| 1901 Avenue of the Stars, Suite 1600 | 650 Town Center Drive, 20th Floor |
| Los Angeles, CA 90067-6055 | Costa Mesa, CA 92626 |
| Tel: (310) 228-3700 | Tel: (714) 540-1235 |
| Fax: (310) 228-3701 | Fax: (714) 755-8290 |
| -and- | -and- |
| Polly Towill (Bar. No. 120420) | Douglas K. Yatter (Bar No. 236089) |
| ptowill@sheppardmullin.com | douglas.yatter@lw.com |
| John M. Landry (Bar No. 194374) | Jason C. Hegt (*pro hac vice*) |
| jlandry@sheppardmullin.com | jason.hegt@lw.com |
| 333 South Hope Street, 43rd Floor | 1271 Avenue of the Americas |
| Los Angeles, CA 90071-1422 | New York, NY 10020 |
| Tel: (213) 620-1780 | Tel: (212) 906-1200 |
| Fax: (213) 620-1398 | Fax: (212) 751-4864 |
| *Counsel for Defendants Silvergate E Capital Corporation, Alan J. Lane, Antonio Martino, Karen F. Brassfield, Paul D. Colucci, Thomas C. Dircks, Aanchal Gupta, Michael Lempres, Scott A. Reed and Colleen Sullivan* | *Counsel for Defendants Goldman Sachs & Co. LLC, Keefe, Bruyette & Woods, Inc., Canaccord Genuity LLC, Compass Point Research & Trading LLC, Craig-Hallum Capital Group LLC, J.P. Morgan Securities LLC, Wedbush Securities Inc., Citigroup Global Markets Inc., And UBS Securities LLC* |

**SIGNATURE CERTIFICATION**

Pursuant to the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual Section 2, Rule (f)(4), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and all signatories concur in the filing's content.

DATED: March 25, 2025

By: */s/ Jonathan D. Uslaner*
Jonathan D. Uslaner