SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
jstigi@sheppardmullin.com
12275 El Camino Real, Suite 100
San Diego, California 92130-4092
Telephone:   858.876.3559
Facsimile:   858.509.3691

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
POLLY TOWILL, Cal. Bar. No. 120420
ptowill@sheppardmullin.com
HEATHER L. PLOCKY, Cal. Bar No. 279022
hplocky@sheppardmullin.com
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071
Telephone:   213.620.1780
Facsimile:   213.620.1398

Attorneys for Defendant SILVERGATE CAPITAL CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION. | Case No. 3:22-cv-01936-JES-MSB<br><br>CLASS ACTION<br><br>**DECLARATION OF JOHN P. STIGI III REGARDING NOTICE UNDER THE CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715**<br><br>Hon. James E. Simmons, Jr. |

SMRH:4936-8921-8632.1     STIGI DECLARATION RE NOTICE UNDER THE CLASS ACTION FAIRNESS ACT

I, John P. Stigi III, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for defendant Silvergate Capital Corporation ("Silvergate"), in the above-entitled action.  I have personal knowledge of the facts stated herein, and if called as a witness, could and would testify competently thereto.

2.     In accordance with the Class Action Fairness Act, 28 U.S.C. § 1715, on May 30, 2025, I caused notice of the proposed class action settlement to be served on the appropriate Federal official, the appropriate State official of each state and territory in the United States, the Office of the Comptroller of the Currency, the Federal Reserve, the Federal Reserve Bank of New York and the Federal Reserve Bank of San Francisco by certified mail, return receipt requested.  Each notice included a compact disk containing electronic copies of enclosures referenced in the notice.  A true and correct copy of the notice is attached hereto as **Exhibit A.**

3.     Pursuant to Connecticut's Office of the Attorney General website, there is a dedicated email address for all Class Action Fairness Act submissions.  On May 30, 2025, I caused notice to be sent via email to the dedicated email address, AG.CAFA@CT.gov.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 17, 2025, in Los Angeles, California.

_s/ John P. Stigi III_
JOHN P. STIGI III
Email:  jstigi@sheppardmullin.com

-1-                          Case No. 3:15-CV-02324-GPC-KSC