# Exhibit 2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

IN RE SILVERGATE CAPITAL
CORPORATION SECURITIES
LITIGATION

Case No. 3:22-cv-01936-JES-MSB

CLASS ACTION

**DECLARATION OF JEFFREY M. GILL, GENERAL COUNSEL OF INDIANA PUBLIC RETIREMENT SYSTEM, IN SUPPORT OF (I) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

Date:  September 3, 2025
Time: 9:00 a.m.
Dept: 4B
Hon. James E. Simmons, Jr.

GILL DECL. FOR INDIANA
ISO SETTLEMENT AND FEE MOTIONS

CASE NO. 22-CV-1936-JES-MSB

Docusign Envelope ID: 2DEF2F43-FC92-403C-BD65-E2C8A67F5416D

I, Jeffrey M. Gill, hereby declare as follows:

1.      I am the General Counsel of the Indiana Public Retirement System ("Indiana"), one of the Court-appointed Lead Plaintiffs in this securities class action (the "Action"). I submit this declaration in support of (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Lead Counsel's motion for attorneys' fees and Litigation Expenses, which includes Indiana's application for reimbursement of costs and expenses incurred by Indiana directly related to its representation of the Settlement Class in the Action. The following statements are based on my personal knowledge as well as information provided to me by other employees of who have been directly involved in monitoring and overseeing the prosecution of the Action. [1]

2.      Indiana is an independent body corporate and politic of the State of Indiana, which manages pension and retirement funds for Indiana state employees. As of June 30, 2024, Indiana had over 540,000 active and retired members, representing more than 1,300 employers, including public universities, schools, municipalities and state agencies, and over $42 billion in assets under management. Indiana purchased shares of Silvergate Capital common stock during the Class Period, including in the December 7, 2021 offering, and suffered damages as a result of Defendants' alleged violations of the federal securities laws.

I.      **Indiana's Oversight of the Action**

3.      On February 28, 2023, the Court issued an Order appointing Indiana as one of the Lead Plaintiffs in the Action pursuant to the Private Securities Litigation Reform Act of 1995. Indiana has carefully monitored and supervised the prosecution of this Action. Indiana has received periodic status reports from

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 9, 2025 (ECF No. 139-1) (the "Stipulation").

GILL DECL. FOR INDIANA
ISO SETTLEMENT AND FEE MOTIONS          1

CASE NO. 22-CV-1936-JES-MSB

co-Lead Counsel Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") on case developments, and participated in discussions with attorneys from BLB&G concerning the prosecution of the Action, the strengths of and risks to the claims asserted, and potential settlement. In particular, throughout the course of this Action, Indiana has, among other things: communicated with BLB&G by regarding the posture and progress of the case and strategies for the prosecution of the Action and reviewed important pleadings and briefs.

4. Representatives of Indiana also actively participated in the mediation process and consulted with BLB&G concerning the settlement negotiations as they progressed, and evaluated, approved and recommended approval of the proposed Settlement for $37,500,000 in cash.

## II. Indiana Endorses Approval of the Settlement by the Court

5. Based on its involvement throughout the prosecution of the Action, Indiana believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class. Indiana believes that the proposed Settlement represents a substantial recovery for the Settlement Class, in light of the substantial challenges of obtaining a larger judgment given Silvergate Capital's bankruptcy and the other significant risks of continued litigation. Therefore, Indiana endorses approval of the Settlement by the Court.

## III. Indiana Supports Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses

6. Indiana also supports Lead Counsel's request for an award of attorneys' fees in the amount of 17% of the Settlement Fund for all Plaintiffs' Counsel. Indiana takes seriously its role as a Lead Plaintiff to ensure that the attorneys' fees are fair in light of the result achieved for the Settlement Class and reasonably compensate Plaintiff's Counsel for the work involved and the risks they undertook in litigating the Action. Indiana negotiated and approved the fee with BLB&G, subject to Court approval, at the outset of the Action. Specifically, in February 2023, Indiana

Docusign Envelope ID: 2DEF2F43-FC92-403C-BD65-E2C8A67F5416D

entered into a retention agreement with BLB&G that provided for a percentage fee of 17% if a settlement was reached before the start of fact discovery.  Indiana negotiated and approved the retention agreement with BLB&G in an effort to set reasonable fees for the class, while encouraging counsel to achieve a substantial recovery in a case that was viewed as having meaningful risks to proving liability and damages.  Following the agreement to settle the Action for $37.5 million, we have again reviewed the proposed 17% fee and believe it is fair and reasonable in light of the result obtained for the Settlement Class, the work performed by Plaintiffs' Counsel, and the risks undertaken by counsel.

7.    Indiana further believes that Plaintiffs' Counsel's litigation expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of this securities class action.  As a result, Indiana has approved the request for payment of expenses submitted by Plaintiffs' Counsel.

8.    Indiana understands that reimbursement of a lead plaintiff's reasonable costs and expenses is authorized under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4).  For this reason, in connection with Lead Counsel's motion for Litigation Expenses, Indiana seeks reimbursement of the costs and expenses that it incurred directly related to its representation of the Settlement Class in this Action.

9.    The time that I and the other employees of Indiana devoted to the representation of the Settlement Class in this Action was time that we otherwise would have expected to spend on other work for Indiana and, thus, represented a cost to Indiana.  Although other Indiana employees, including support staff, were also involved in the oversight of this case, Indiana is limiting its request to the time listed in the below chart:

GILL DECL. FOR INDIANA
ISO SETTLEMENT AND FEE MOTIONS          3          CASE NO. 22-CV-1936-JES-MSB

| Personnel | Hours | Rate[2] | Total |
|---|---|---|---|
| Jeffrey M. Gill, General Counsel | 61.5 | $200 | $12,300 |
| Sean Hamner, Legal Counsel | 9.75 | $150 | $1,462.50 |
| Steven Russo, Executive Director | 1.5 | $200 | $300 |
| **Total** | 72.75 | | $14,062.50 |

## IV.    Conclusion

10.    In conclusion, Indiana endorses the Settlement as fair, reasonable and adequate, and believes it represents a substantial recovery for the Settlement Class. Indiana further supports Lead Counsel's motion for attorneys' fees and litigation expenses, and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Settlement Class.  And finally, Indiana requests reimbursement for the time dedicated by its employees as set forth above.    Accordingly, Indiana respectfully requests that the Court approve (i) Plaintiffs' motion for final approval of proposed Settlement and the approval of the Plan of Allocation; and (ii) Lead Counsel's motion for an award of attorneys' fees and litigation expenses.

I declare under penalty of perjury that the foregoing is true and correct, and that I have authority to execute this Declaration on behalf of the Indiana. Executed this 21st day of July, 2025.



DocuSigned by:

Jeffrey M. Gill

296FE2138E584D2...

Jeffrey M. Gill
General Counsel
Indiana Public Retirement System

---

[2] The hourly rates used for purposes of this request are based on the annual salaries of the respective personnel who worked on this Action and include the cost of benefits as set by INPRS.