# Exhibit 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-JES-MSB |
| | CLASS ACTION |
| | **DECLARATION OF NATACHA THOMAS, GENERAL COUNSEL OF BOSTON RETIREMENT SYSTEM, IN SUPPORT OF (I) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES** |
| | Date:  September 3, 2025 |
| | Time: 9:00 a.m. |
| | Dept: 4B |
| | Hon. James E. Simmons, Jr. |

Docusign Envelope ID: 1FFCE845-96BE-470E-A9DD-411C700GD98D

I, Natacha Thomas, hereby declare as follows:

1.     I am the General Counsel of the Boston Retirement System ("Boston"), one of the Court-appointed Lead Plaintiffs in this securities class action (the "Action").  I submit this declaration in support of (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Lead Counsel's motion for attorneys' fees and Litigation Expenses, which includes Boston's application for reimbursement of costs and expenses incurred by Boston directly related to its representation of the Settlement Class in the Action.  The following statements are based on my personal knowledge as well as information provided to me by other employees of Boston who have been directly involved in monitoring and overseeing the prosecution of the Action. [1]

2.     Boston is a governmental defined benefit pension that administers retirement benefits to employees of the City of Boston, Massachusetts as well as its autonomous agencies, including the Boston Planning & Development Agency, the Boston Housing Authority, the Boston Public Health Commission, and the Boston Water and Sewer Commission.  Boston has more than 15,000 retired members and beneficiaries in its system, more than 23,000 active members, and more than 16,000 inactive members.  Boston currently has about $7.9 billion in assets under management.  Boston purchased shares of Silvergate Capital common stock during the Class Period and suffered damages as a result of Defendants' alleged violations of the federal securities laws.

## I.     Boston's Oversight of the Action

3.     On February 28, 2023, the Court issued an Order appointing Boston as one of the Lead Plaintiffs in the Action pursuant to the Private Securities Litigation

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 9, 2025 (ECF No. 139-1) (the "Stipulation").

| | |
|---|---|
| THOMAS DECL. FOR BOSTON ISO SETTLEMENT AND FEE MOTIONS     1 | CASE NO. 22-CV-1936-JES-MSB |

Reform Act of 1995. Boston has carefully monitored and supervised the prosecution of this Action. Boston has received periodic status reports from co-Lead Counsel Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") on case developments, and participated in discussions with attorneys from BLB&G concerning the prosecution of the Action, the strengths of and risks to the claims asserted, and potential settlement. In particular, throughout the course of this Action, Boston has, among other things: communicated with BLB&G by regarding the posture and progress of the case and strategies for the prosecution of the Action and reviewed important pleadings and briefs.

4. Representatives of Boston also actively participated in the mediation process and consulted with BLB&G concerning the settlement negotiations as they progressed, and evaluated, approved and recommended approval of the proposed Settlement for $37,500,000 in cash.

## II. Boston Endorses Approval of the Settlement by the Court

5. Based on its involvement throughout the prosecution of the Action, Boston believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class. Boston believes that the proposed Settlement represents a substantial recovery for the Settlement Class, in light of the substantial challenges of obtaining a larger judgment given Silvergate Capital's bankruptcy and the other significant risks of continued litigation. Therefore, Boston endorses approval of the Settlement by the Court.

## III. Boston Supports Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses

6. Boston also supports Lead Counsel's request for an award of attorneys' fees in the amount of 17% of the Settlement Fund for all Plaintiffs' Counsel. Boston takes seriously its role as a Lead Plaintiff to ensure that the attorneys' fees are fair in light of the result achieved for the Settlement Class and reasonably compensate Plaintiff's Counsel for the work involved and the risks they undertook in litigating

THOMAS DECL. FOR BOSTON
ISO SETTLEMENT AND FEE MOTIONS                2

CASE NO. 22-CV-1936-JES-MSB

the Action. Boston negotiated and approved the fee with BLB&G, subject to Court approval, at the outset of the Action. Boston Teachers negotiated and approved the fee with BLB&G in an effort to set reasonable fees for the class, while encouraging counsel to achieve a substantial recovery in a case that was viewed as having meaningful risks in proving liability and damages. Following the agreement to settle the Action for $37.5 million, we have again reviewed the proposed 17% fee and believe it is fair and reasonable in light of the result obtained for the Settlement Class, the work performed by Plaintiffs' Counsel, and the risks undertaken by counsel.

7. Boston further believes that Plaintiffs' Counsel's litigation expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of this securities class action. As a result, Boston approves the request for payment of expenses submitted by Plaintiffs' Counsel.

8. Boston understands that reimbursement of a lead plaintiff's reasonable costs and expenses is authorized under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4). For this reason, in connection with Lead Counsel's motion for Litigation Expenses, Boston seeks reimbursement of the costs and expenses that it incurred directly related to its representation of the Settlement Class in this Action.

9. The time that I and the other employees of Boston devoted to the representation of the Settlement Class in this Action was time that we otherwise would have expected to spend on other work for Boston and, thus, represented a cost to Boston. Although other Boston employees, including support staff, were also involved in the oversight of this case, Boston is limiting its request to the time listed in the below chart:

THOMAS DECL. FOR BOSTON                                      CASE NO. 22-CV-1936-JES-MSB
ISO SETTLEMENT AND FEE MOTIONS                3

Docusign Envelope ID: 1FFCE845-96BE-470E-A9DD-411C700GD98D

| Personnel | Hours | Rate[2] | Total |
|---|---|---|---|
| Natacha Thomas, General Counsel | 66.75 | $91.25 | $6,090.93 |
| Timothy Smyth, Executive Officer | 31.25 | $95.55 | $2,985.93 |
| **Total** | 98 | | **$9,076.86** |

## IV.    Conclusion

10.    In conclusion, Boston endorses the Settlement as fair, reasonable and adequate, and believes it represents a substantial recovery for the Settlement Class. Boston further supports Lead Counsel's motion for attorneys' fees and litigation expenses, and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Settlement Class. And finally, Boston requests reimbursement for the time dedicated by its employees as set forth above. Accordingly, Boston respectfully requests that the Court approve (i) Plaintiffs' motion for final approval of proposed Settlement and the approval of the Plan of Allocation; and (ii) Lead Counsel's motion for an award of attorneys' fees and litigation expenses.

11.    I declare under penalty of perjury that the foregoing is true and correct, and that I have authority to execute this Declaration on behalf of Boston. Executed this 23rd day of July, 2025.

Signed by:

*Natacha Thomas*

27F8A09EFD0D4FA...

Natacha Thomas
General Counsel
Boston Retirement System

---

[2] The hourly rates used for purposes of this request are based on the annual salaries of the respective personnel who worked on this Action.