# Exhibit 4

Docusign Envelope ID: 5ABAD02B-88CD-4D69-BC80-5B1FB1C4E3A2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION

Case No. 3:22-cv-01936-JES-MSB

CLASS ACTION

**DECLARATION OF CARLTON W. LENOIR, SR., EXECUTIVE DIRECTOR OF THE PUBLIC SCHOOL TEACHERS' PENSION & RETIREMENT FUND OF CHICAGO, IN SUPPORT OF (I) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

Date:  September 3, 2025
Time: 9:00 a.m.
Dept: 4B
Hon. James E. Simmons, Jr.

LENOIR DECL. FOR CHICAGO TEACHERS
ISO SETTLEMENT AND FEE MOTIONS

CASE NO. 22-CV-1936-JES-MSB

I, Carlton W. Lenoir, Sr., hereby declare as follows:

1.      I am the Executive Director of the Public School Teachers' Pension & Retirement Fund of Chicago ("Chicago Teachers"), one of the Court-appointed Lead Plaintiffs in this securities class action (the "Action"). I submit this declaration in support of (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Lead Counsel's motion for attorneys' fees and Litigation Expenses, which includes Chicago Teachers' application for reimbursement of costs and expenses incurred by Chicago Teachers directly related to its representation of the Settlement Class in the Action. The following statements are based on my personal knowledge as well as information provided to me by other employees of Chicago Teachers who have been directly involved in monitoring and overseeing the prosecution of the Action.[1]

2.      Chicago Teachers is a public pension fund established for the exclusive benefit of teachers and certain other employees of the Chicago Public Schools. As of June 30, 2024, Chicago Teachers had over 96,000 total members (including active members, retirees, and beneficiaries), and over $12.7 billion in assets under management. Chicago Teachers purchased shares of Silvergate Capital common stock during the Class Period and suffered damages as a result of Defendants' alleged violations of the federal securities laws.

## I.      Chicago Teachers' Oversight of the Action

3.      On February 28, 2023, the Court issued an Order appointing Chicago Teachers as one of the Lead Plaintiffs in the Action pursuant to the Private Securities Litigation Reform Act of 1995. Chicago Teachers has carefully monitored and supervised the prosecution of this Action. Chicago Teachers has received periodic

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 9, 2025 (ECF No. 139-1) (the "Stipulation").

LENOIR DECL. FOR CHICAGO TEACHERS          CASE NO. 22-CV-1936-JES-MSB
ISO SETTLEMENT AND FEE MOTIONS          1

Docusign Envelope ID: 5ABAD02B-88CD-4D69-BC80-5B1FB1C4E3A2

status reports from co-Lead Counsel Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") on case developments, and participated in discussions with attorneys from BLB&G concerning the prosecution of the Action, the strengths of and risks to the claims asserted, and potential settlement.  In particular, throughout the course of this Action, Chicago Teachers has, among other things: communicated with BLB&G by regarding the posture and progress of the case and strategies for the prosecution of the Action and reviewed important pleadings and briefs.

4.      Representatives of Chicago Teachers also actively participated in the mediation process and consulted with BLB&G concerning the settlement negotiations as they progressed, and evaluated, approved and recommended approval of the proposed Settlement for $37,500,000 in cash.

**II.      Chicago Teachers Endorses Approval of the Settlement by the Court**

5.      Based on its involvement throughout the prosecution of the Action, Chicago Teachers believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class.  Chicago Teachers believes that the proposed Settlement represents a substantial recovery for the Settlement Class, in light of the substantial challenges of obtaining a larger judgment given Silvergate Capital's bankruptcy and the other significant risks of continued litigation.  Therefore, Chicago Teachers endorses approval of the Settlement by the Court.

**III.     Chicago Teachers Supports Lead Counsel's
           Motion for Attorneys' Fees and Litigation Expenses**

6.      Chicago Teachers also supports Lead Counsel's request for an award of attorneys' fees in the amount of 17% of the Settlement Fund for all Plaintiffs' Counsel.  Chicago Teachers takes seriously its role as a Lead Plaintiff to ensure that the attorneys' fees are fair in light of the result achieved for the Settlement Class and reasonably compensate Plaintiff's Counsel for the work involved and the risks they undertook in litigating the Action.  Chicago Teachers negotiated and approved the fee with BLB&G, subject to Court approval, at the outset of the

Docusign Envelope ID: 5ABAD02B-88CD-4D69-BC80-5B1FB1C4E3A2

Action.  Chicago Teachers negotiated and approved the fee with BLB&G in an effort to set reasonable fees for the class, while encouraging counsel to achieve a substantial recovery in a case that was viewed as having meaningful risks in proving liability and damages.  Following the agreement to settle the Action for $37.5 million, we have again reviewed the proposed 17% fee and believe it is fair and reasonable in light of the result obtained for the Settlement Class, the work performed by Plaintiffs' Counsel, and the risks undertaken by counsel.

7.    Chicago Teachers further believes that Plaintiffs' Counsel's litigation expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of this securities class action.  As a result, Chicago Teachers has approved the request for payment of expenses submitted by Plaintiffs' Counsel.

8.    Chicago Teachers understands that reimbursement of a lead plaintiff's reasonable costs and expenses is authorized under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4).  For this reason, in connection with Lead Counsel's motion for Litigation Expenses, Chicago Teachers seeks reimbursement of the costs and expenses that it incurred directly related to its representation of the Settlement Class in this Action.

9.    The time that I and the other employees of Chicago Teachers devoted to the representation of the Settlement Class in this Action was time that we otherwise would have expected to spend on other work for Chicago Teachers and, thus, represented a cost to Chicago Teachers.  Although other Chicago Teachers employees, including support staff, were also involved in the oversight of this case, Chicago Teachers is limiting its request to the time listed in the below chart:

LENOIR DECL. FOR CHICAGO TEACHERS                    CASE NO. 22-CV-1936-JES-MSB
ISO SETTLEMENT AND FEE MOTIONS                3

| Personnel | Hours | Rate[2] | Total |
|---|---|---|---|
| Carlton Lenoir, Sr., Executive Director | 59.25 | $265.50 | $15,730.88 |
| Daniel Hurtado, Chief Legal Officer | 59.25 | $189.46 | $11,225.50 |
| **TOTAL** | **118.50** | | **$26,956.38** |

## IV.    Conclusion

10.    In conclusion, Chicago Teachers endorses the Settlement as fair, reasonable and adequate, and believes it represents a substantial recovery for the Settlement Class.  Chicago Teachers further supports Lead Counsel's motion for attorneys' fees and litigation expenses, and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Settlement Class.  And finally, Chicago Teachers requests reimbursement for the time dedicated by its employees as set forth above.  Accordingly, Chicago Teachers respectfully requests that the Court approve (i) Plaintiffs' motion for final approval of proposed Settlement and the approval of the Plan of Allocation; and (ii) Lead Counsel's motion for an award of attorneys' fees and litigation expenses.

I declare under penalty of perjury that the foregoing is true and correct, and that I have authority to execute this Declaration on behalf of the Chicago Teachers. Executed this 30th day of July, 2025.

Signed by:

Carlton W. Lenoir, Sr.

DE841EDEA7EB41B

Carlton W. Lenoir, Sr.
Executive Director
Public School Teachers' Pension &
Retirement Fund of Chicago

---

[2] The hourly rates used for purposes of this request are based on the annual salaries of the respective personnel who worked on this Action, and include the cost of benefits as set by Chicago Teachers.

LENOIR DECL. FOR CHICAGO TEACHERS
ISO SETTLEMENT AND FEE MOTIONS                    4                    CASE NO. 22-CV-1936-JES-MSB