# Exhibit 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-JES-MSB <br><br> CLASS ACTION <br><br> **DECLARATION OF VIRGIL NOSÈ, ON BEHALF OF INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 793, MEMBERS PENSION BENEFIT TRUST OF ONTARIO, IN SUPPORT OF (I) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES** <br><br> Date:  September 3, 2025 <br> Time: 9:00 a.m. <br> Dept: 4B <br> Hon. James E. Simmons, Jr. |

I, Virgil Nosè, hereby declare as follows:

1.      I am the Executive Director of the Operating Engineers Benefits Administration Corporation ("OEBAC"), the administrator for International Union of Operating Engineers, Local No. 793's benefit plans.  In that capacity, I act as the day-to-day manager of International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario ("Local 793").  Local 793 is one of the Court-appointed Lead Plaintiffs in this securities class action (the "Action").  I submit this declaration in support of (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Lead Counsel's motion for attorneys' fees and Litigation Expenses, which includes Local 793's application for reimbursement of costs and expenses incurred by Local 793 directly related to its representation of the Settlement Class in the Action.  The following statements are based on my personal knowledge as well as information provided to me by other employees of the Local 793 and members of its Board of Trustees who have been directly involved in monitoring and overseeing the prosecution of the Action. [1]

2.      Local 793 is a Canadian Registered Pension Plan that provides retirement benefits to crane and heavy equipment operators, other skilled workers, and their families.  Local 793 manages over $2.5 billion USD ($3.5 billion CAD) in assets for the benefit of more than 18,000 active and retired members.  Local 793 purchased shares of Silvergate Capital common stock during the Class Period, including in the December 7, 2021 offering, and suffered damages as a result of Defendants' alleged violations of the federal securities laws.

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 9, 2025 (ECF No. 139-1) (the "Stipulation").

## I.     Local 793' Oversight of the Action

3.     On February 28, 2023, the Court issued an Order appointing Local 793 as one of the Lead Plaintiffs in the Action pursuant to the Private Securities Litigation Reform Act of 1995.  Local 793 has carefully monitored and supervised the prosecution of this Action.  Local 793 has received periodic status reports from co-Lead Counsel Bernstein Litowitz Berger & Grossmann LLP ("BLB&G") and its additional Toronto-based counsel Koskie Minsky LLP ("Koskie Minsky") on case developments, and participated in discussions with attorneys from BLB&G and Koskie Minsky concerning the prosecution of the Action, the strengths of and risks to the claims asserted, and potential settlement.  In particular, throughout the course of this Action, Local 793 has, among other things: communicated with BLB&G and Koskie Minsky regarding the posture and progress of the case and strategies for the prosecution of the Action and reviewed important pleadings and briefs.

4.     Representatives of Local 793 also actively participated in the mediation process and consulted with BLB&G and Koskie Minsky concerning the settlement negotiations as they progressed, and evaluated, approved and recommended approval of the proposed Settlement for $37,500,000 in cash.

## II.     Local 793 Endorses Approval of the Settlement by the Court

5.     Based on its involvement throughout the prosecution of the Action, Local 793 believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class.  Local 793 believes that the proposed Settlement represents a substantial recovery for the Settlement Class, in light of the substantial challenges of obtaining a larger judgment given Silvergate Capital's bankruptcy and the other significant risks of continued litigation.  Therefore, Local 793 endorses approval of the Settlement by the Court.

## III.   Local 793 Supports Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses

6.   Local 793 also supports Lead Counsel's request for an award of attorneys' fees in the amount of 17% of the Settlement Fund for all Plaintiffs' Counsel.  Local 793 takes seriously its role as a Lead Plaintiff to ensure that the attorneys' fees are fair in light of the result achieved for the Settlement Class and reasonably compensate Plaintiff's Counsel for the work involved and the risks they undertook in litigating the Action.  Local 793 believes that the requested 17% fee is fair and reasonable in light of the result obtained for the Settlement Class, the work performed by Plaintiffs' Counsel, and the risks undertaken by counsel.

7.   Local 793 further believes that Plaintiffs' Counsel's litigation expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of this securities class action.  As a result, Local 793 has approved the request for payment of expenses submitted by Plaintiffs' Counsel.

8.   Local 793 understands that reimbursement of a lead plaintiff's reasonable costs and expenses is authorized under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4).  For this reason, in connection with Lead Counsel's motion for Litigation Expenses, Local 793 seeks reimbursement of the costs and expenses that it incurred directly related to its representation of the Settlement Class in this Action.

9.   In addition to me, several members of the Board of Trustees and employees of Local 793 also participated in the prosecution and settlement of this Action, including Joseph Redshaw, a former Executive Director and Trustee who was most involved in overseeing the Action prior to his retirement at the end of 2023. Set forth in the table below is a conservative estimate of the time dedicated to the Action by each of these Trustees and employees, including anticipated time spent in connection with the motion for final approval of the Settlement.  The time that I and the others at Local 793 devoted to the representation of the Settlement Class in this

Action was time that we otherwise would have expected to spend on other work for Local 793 and, thus, represented a cost to Local 793.  Therefore, Local 793 seeks reimbursement in the amount of $20,200 for our time as follows:

| Personnel | Hours | Rate (USD)[2] | Total |
|---|---|---|---|
| Joseph Redshaw, Former Trustee and Executive Director | 14 | $450 | $6,300 |
| Mike Gallagher, Trustee and Business Manager | 10.5 | $450 | $4,725 |
| Virgil Nosè, Executive Director | 7.5 | $450 | $3,375 |
| Brian Alexander, Financial Secretary and Former Executive Director | 5 | $450 | $2,000 |
| Chris Brisebois, Plan Investment Consultant | 3.5 | $800 | $2,800 |
| Dave Turple, Trustee and President | 1 | $400 | $400 |
| Clerical Support | 10 | $60 | $600 |
| **TOTAL** | 51.5 | | **$20,200** |

## IV.    Conclusion

10.    In conclusion, Local 793 endorses the Settlement as fair, reasonable and adequate, and believes it represents a substantial recovery for the Settlement Class. Local 793 further supports Lead Counsel's motion for attorneys' fees and litigation expenses, and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the Settlement Class.  And finally, Local 793 requests reimbursement for the time dedicated by its Trustees and employees as set forth above.  Accordingly, Local 793 respectfully requests that the Court approve (i) Plaintiffs' motion for final approval of proposed Settlement and the approval of

---

[2] The hourly rates used for purposes of this request are based on reasonable market rates for comparable professionals, based on information that declarant obtained from counsel regarding hourly rates used in comparable cases.

NOSÈ DECL. FOR LOCAL 793
ISO SETTLEMENT AND FEE MOTIONS                    4

CASE NO. 22-CV-1936-JES-MSB

the Plan of Allocation; and (ii) Lead Counsel's motion for an award of attorneys' fees and litigation expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I have authority to execute this Declaration on behalf of Local 793.

Executed this __14__ day of July, 2025.

_____
Virgil Nosè
Executive Director of OEBAC
on behalf of
International Union of Operating
Engineers, Local No. 793, Members
Pension Benefit Trust of Ontario