# Exhibit 7

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

IN RE SILVERGATE CAPITAL
CORPORATION SECURITIES
LITIGATION

Case No. 3:22-cv-01936-JES-MSB

CLASS ACTION

**DECLARATION OF AMY FITZPATRICK, SOLICITOR, ON BEHALF OF BUCKS COUNTY EMPLOYEES RETIREMENT FUND, IN SUPPORT OF (I) PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION; AND (II) LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES**

Date:  September 3, 2025
Time: 9:00 a.m.
Dept: 4B
Hon. James E. Simmons, Jr.

I, Amy Fitzpatrick, hereby declare as follows:

1.    I am the Solicitor of Bucks County and serve as counsel to the Employees Retirement Fund ("Bucks County"), one of the Plaintiffs in this securities class action (the "Action").  I submit this declaration in support of (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Lead Counsel's motion for attorneys' fees and Litigation Expenses, which includes Bucks County's application for reimbursement of costs and expenses incurred by Bucks County directly related to its representation of the Settlement Class in the Action.  The following statements are based on my personal knowledge as well as information provided to me by other employees of Bucks County who have been directly involved in monitoring and overseeing the prosecution of the Action.[1]

2.    Bucks County provides pension benefits to more than 1,700 retired employees of Bucks County, Pennsylvania. As of December 31, 2023, Bucks County managed more than $925 million in assets.  Bucks County purchased shares of Silvergate Capital common stock during the Class Period and suffered damages as a result of Defendants' alleged violations of the federal securities laws.

## I.    Buck County's Oversight of the Action

3.    On May 11, 2023, Plaintiffs filed their amended complaint in this Action, which named Bucks County as one of the Plaintiffs. Bucks County has carefully monitored and supervised the prosecution of this Action.  Bucks County has received periodic status reports from Lead Counsel Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") on case developments and participated in discussions with attorneys from Cohen Milstein concerning the prosecution of the Action, the

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated May 9, 2025 (ECF No. 139-1) (the "Stipulation").

AMY FITZPATRICK DECL. FOR BUCKS COUNTY                    CASE NO. 22-CV-1936-JES-MSB
ISO SETTLEMENT AND FEE MOTIONS                    1

strengths of and risks to the claims asserted, and settlement considerations. In communicating with Cohen Milstein concerning the posture and progress of the case and strategies for the prosecution of the Action, Bucks County reviewed important pleadings and briefs.

4.      Representatives of Bucks County also remained abreast of the mediation progress and settlement negotiations via updates from counsel.

## II.    Bucks County Endorses Approval of the Settlement by the Court

5.      Based on its involvement throughout the prosecution of the Action, Bucks County believes that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class. Bucks County believes that the proposed Settlement represents a substantial recovery for the Settlement Class, in light of the substantial challenges of obtaining a larger judgment given Silvergate Capital's bankruptcy and the other significant risks of continued litigation. Therefore, Bucks County endorses approval of the Settlement by the Court.

## III.   Bucks County Supports Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses

6.      Bucks County also supports Lead Counsel's request for an award of attorneys' fees in the amount of 17% of the Settlement Fund for all Plaintiffs' Counsel. We have reviewed the proposed 17% fee and believe it is fair and reasonable in light of the result obtained for the Settlement Class, the work performed by Plaintiffs' Counsel, and the risks undertaken by counsel.

7.      Bucks County further believes that Plaintiffs' Counsel's Litigation Expenses are reasonable and represent costs and expenses necessary for the prosecution and resolution of this securities class action. As a result, Bucks County approves the request for reimbursement of Litigation Expenses submitted by Plaintiffs' Counsel.

8.      Bucks County understands that reimbursement of a plaintiff's reasonable costs and expenses is authorized under the Private Securities Litigation

AMY FITZPATRICK DECL. FOR BUCKS COUNTY          CASE NO. 22-CV-1936-JES-MSB
ISO SETTLEMENT AND FEE MOTIONS          2

Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4). For this reason, in connection with Lead Counsel's motion for Litigation Expenses, Bucks County seeks reimbursement of the costs and expenses that it incurred directly related to its representation of the Settlement Class in this Action.

9.    In addition to me, the following officers and employees of Bucks County also participated in the prosecution and settlement of this Action: IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION. The time that I and the other employees of Bucks County devoted to the representation of the Settlement Class in this Action was time that we otherwise would have expected to spend on other work for Bucks County and, thus, represented a cost to Bucks County. Bucks County seeks reimbursement in the amount of $1,278.24 for our time as follows:

| Personnel | Hours | Rate[2] | Total |
|---|---|---|---|
| Kim Doran, Deputy Controller | 2.00 | $70.14 | $140.28 |
| Amy Fitzpatrick, County Solicitor | 14.50 | $78.28 | $1,237.96 |
| | | | |
| | | | |
| **TOTAL** | | | **$1,278.24** |

## IV.    Conclusion

10.    In conclusion, Bucks County endorses the Settlement as fair, reasonable and adequate, and believes it represents a substantial recovery for the Settlement Class. Bucks County further supports Lead Counsel's motion for attorneys' fees and Litigation Expenses and believes that it represents fair and reasonable compensation for counsel in light of the recovery obtained for the

---

[2] The hourly rates used for purposes of this request are based on the annual salaries of the respective personnel who worked on this Action.

Settlement Class. And finally, Bucks County requests reimbursement for the time dedicated by its employees as set forth above. Accordingly, Bucks County respectfully requests that the Court approve (i) Plaintiffs' motion for final approval of the proposed Settlement and approval of the Plan of Allocation; and (ii) Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses.

I declare under penalty of perjury that the foregoing is true and correct, and that I have authority to execute this Declaration on behalf of Bucks County. Executed this 24th day of July, 2025.

Amy Fitzpatrick