# Exhibit 9

**EXHIBIT 9**

*In re Silvergate Capital Corporation Sec. Litig.*,
Case No. 3:22-cv-01936-JES-MSB (S.D. Cal.)

**SUMMARY OF PLAINTIFFS' COUNSEL'S
LODESTAR AND EXPENSES**

| Ex. | FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|---|
| 9A | Bernstein Litowitz Berger & Grossmann LLP | 4,370.50 | $3,496,675.00 | $537,324.73 |
| 9B | Cohen Milstein Sellers & Toll PLLC | 2,251.00 | $2,545,346.25 | $453,925.01 |
| 9C | Koskie Minsky LLP | 140.00 | $139,370.05 | $399.00 |
| | **TOTAL:** | **6,761.50** | **$6,181,391.30** | **$991,648.74** |