# Exhibit 9C

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-JES-MSB |
| | CLASS ACTION |
| | **DECLARATION OF MARK ZIGLER IN SUPPORT OF LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES ON BEHALF OF KOSKIE MINSKY LLP** |
| | Date:  September 3, 2025 Time: 9:00 a.m. Dept: 4B Hon. James E. Simmons, Jr. |

I, Mark Zigler, hereby declare as follows:

1.     I am a partner in the law firm Koskie Minsky LLP ("Koskie Minsky"). I submit this declaration in support of Lead Counsel's motion for an award of attorneys' fees in connection with services rendered by Plaintiffs' Counsel in the above-captioned securities class action ("Action").[1]  Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.     Koskie Minsky, based on Toronto, Canada is one of Canada's leading law firms for class actions, union-side labor relations, civil litigation and pension and benefits law.  Koskie Minsky served as additional counsel in this Action for Lead Plaintiff International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario ("Local 793").  In that capacity, I and others at my firm assisted Lead Counsel by, among other tasks, communicating with the leadership of Local 793, reviewing draft pleadings and briefs, and assisting in the mediation and settlement process and strategic decision making.

3.     Attached as Exhibit 1 is a detailed summary showing the amount of time spent on the Action by each attorney at Koskie Minsky from its inception through and including June 30, 2025, and the lodestar calculation for those individuals based on their current hourly rates.  The schedule was prepared from contemporaneous daily time records regularly prepared and maintained by my firm. All time expended in preparing this application for fees and expenses has been excluded.

4.     The number of hours expended by Koskie Minsky in the Action, from its inception through June 30, 2025, as reflected in Exhibit 1, is 140.  The lodestar

---

[1] All capitalized terms that are not otherwise defined herein shall have the meanings set forth in the Stipulation and Agreement of Settlement dated May 9, 2025 (ECF No. 139-1).

for my firm, as reflected in Exhibit 1, is CAD $190,466.50.  This is equivalent to a lodestar of approximately USD $139,370.05 at current exchange rates.[2]

5.    The hourly rates for the attorneys set forth in Exhibit 1 are the same as the regular rates for their services in other class actions.  My firm's hourly rates are largely based upon a combination of the title, the specific years of experience for each attorney and professional support staff employee, as well as market rates for practitioners in the field.

6.    I believe that the number of hours expended and the services performed by the attorneys at my firm were reasonable and necessary for the effective and efficient prosecution and resolution of the Action

7.    As set forth in Exhibit 2 hereto, Koskie Minsky is seeking payment for CAD $545.29 in expenses incurred in connection with the prosecution of the Action, or $399.00.  Expense items are reported separately and are not duplicated in my firm's hourly rates.

8.    The expenses incurred by Koskie Minsky in the Action are reflected on the books and records of my firm.  These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred.  The expenses were reasonable and expended for the benefit of the Settlement Class in the Action.

9.    With respect to the standing of my firm, attached hereto as Exhibit 3 is a brief biography of my firm and the attorneys who worked on this matter.

---

[2] As of July 8, 2025, $1 CAD was equivalent to $0.73173 USD.

ZIGLER DECL. ISO                                                    CASE NO. 22-CV-1936-JES-MSB
MOTION FOR FEES & EXPENSES                    2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of July, 2025.

_____

Mark Zigler

**EXHIBIT 1**

*In re Silvergate Capital Corporation Sec. Litig.,*
Case No. 3:22-cv-01936-JES-MSB (S.D. Cal.)

**KOSKIE MINSKY LLP**

**TIME REPORT**

From Inception Through June 30, 2025

| NAME | HOURS | HOURLY RATE (CAD) | LODESTAR (CAD) |
|---|---|---|---|
| **Partners** | | | |
| Mark Zigler | 135.10 | $1,375 | $185,762.50 |
| Roberto Tommassini | 4.90 | $960 | $4,704.00 |
| **TOTALS:** | **140.00** | | **$190,466.50** |

**USD Equivalent:  $139,370.05**

**EXHIBIT 2**

*In re Silvergate Capital Corporation Sec. Litig.,*
Case No. 3:22-cv-01936-JES-MSB (S.D. Cal.)

**KOSKIE MINSKY LLP**

**EXPENSE REPORT**

| CATEGORY | AMOUNT (CAD) |
|---|---|
| Local Transportation (Taxis) | $545.29 |
|  |  |
| **TOTAL EXPENSES:** | **$545.29** |

**USD Equivalent:          $399.00**

# EXHIBIT 3

*In re Silvergate Capital Corporation Sec. Litig.,*
Case No. 3:22-cv-01936-JES-MSB (S.D. Cal.)

## KOSKIE MINSKY LLP

## FIRM RESUME

**EXHIBIT 3 - Koskie Minsky Firm Biography and Lawyer Biographies**

Koskie Minsky LLP ("KM") is a Canadian law firm based in Toronto, with a law practice that extends across Canada and consults on Canadian law issues and the interests of Canadian clients internationally, including in respect of securities class actions. Below is a brief summary of the firm and its activities as well as enclosed biographies of the lawyers who have worked on the Silvergate matter.

KM was founded in 1981 and continues as a thriving law practice, particularly in the areas of civil litigation and class actions, pensions and employee benefit plans, and trade union labour and employment law. With approximately 60 lawyers, it is recognized as one of Canada's pre-eminent law firms in its specialized practice areas. Its clients include pension funds, trade unions, boards and commissions, insurers, corporations and non-profit groups, regulatory authorities – as well as individuals seeking access to courts and tribunals. It is based in Toronto but has a sister firm of Koskie Glavin Gordon in Vancouver British Columbia serving a similar clientele in that province.

In the area of class actions KM acts primarily for plaintiffs in actions across Canada and, from time to time, in helping co-ordinate with counsel in other countries in matters where clients have litigation that takes place outside Canada. For example, KM has acted for many investors, including significant Canadian pension funds, in securities class actions and other commercial litigation in Canda and co-ordinated with US based counsel where litigation must take place in the United States. Major litigation in securities class actions have included cases such as Nortel, Sino-Forest, Valeant, and Penn West Petroleum among others.

In the Silvergate litigation, KM partners, Mark Zigler and Roberto Tomassini, have acted on Canadian issues and evidentiary matters as consultants to class counsel and the Canadian Representative Plaintiff, International Union of Operating Engineers, Local No. 793, Members Pension Trust of Ontario. Biographies of Mr. Zigler and Mr. Tomassini setting out their experience in advising pension funds on these matters are enclosed.

KM-10113717v1



# Mark Zigler[*]
## Partner

**Practice Area**
Pension and Benefits, Class Actions

**Expertise**
Pension and Benefit Issues in Bankruptcy and Restructuring,  Pension and Benefit Litigation and Regulatory Proceedings, Multi-Employer Pension and Benefit Plans

**Called to the Bar**
Ontario, 1980

T: 416-595-2090
F: 416-204-2877

**mzigler@kmlaw.ca**

Mark Zigler is a senior partner in the Pensions and Benefits Group with over 40 years of experience.  For over 20 years, he chaired the firm's Class Action Committee and remains active in the Class Actions practice.  Mark served as the firm's managing partner from 2006 – 2012.

Mark advises trustees of pension and benefits trusts as well as unions and groups of employees and pensioners.  He has also acted as counsel in many high-profile cases and class actions across Canada involving pensions, benefits and other employment-related issues as well as major insolvency cases.  He is co-editor and author of *Employee Benefits in Canada* now in its 4th edition and senior editor of the *IFEBP Canadian Legal & Legislative Reporter*.  In 2009, he was named to the Ontario Advisory Council on Pensions and Retirement Income.  In 2018-2019, he served as lead Commission counsel to the *Gillese* Inquiry into Long-Term Care Homes in Ontario.

Mark has consistently been recognized as a leading practitioner in the field of Pensions and Employee Benefits by the Lexpert organization, Best Lawyers in Canada, Chambers Global and Who's Who Legal Canada.  He has also been selected to the Lexpert/American Lawyer Guide to the Leading 500 Lawyers in Canada.  In 2015, he was awarded the Ontario Bar Association Award for Excellence in Pensions and Benefits Law.  Mark has also served as an adjunct professor of law at the Hebrew University of Jerusalem in 2015 and 2018.

*practicing through a Professional Corporation

# Education

LL.B., 1978, University of Toronto

# Member/Affiliations

**KOSKIE MINSKY**

JUSTICE MATTERS

- ○ Former Chair, Multi-Employer Pension Plan Advisory Committee, Financial Services Commission of Ontario
- ○ Member, International Foundation of Employee Benefits Plans and Past Chair of its Public Sector Plan and Government Relations Committees
- ○ Member, Ontario Minister of Finance's Advisory Committee on Pensions
- ○ Member, Canadian Bar Association



# Roberto Tomassini*
**Partner**

**Practice Area**
Pension and Benefits

**Expertise**
Taxation of Pensions and Benefits,  Multi-Employer Pension and Benefit Plans, Employee Life and Health Trusts

**Called to the Bar**
Ontario, 1995

T: 416-595-2116
F: 416-204-2908

**rtomassini@kmlaw.ca**

---

Roberto Tomassini is a partner in Koskie Minsky's Pension and Employee Benefits Group with extensive experience advising and representing employees, unions, plan administrators, trustees and their advisors and consultants regarding all aspects of pension and employee benefit plan structuring, administration, regulatory compliance and fiduciary responsibilities. Roberto has particular expertise relating to income and sales tax issues affecting the design and administration of pension and employee benefit plans.

His experience spans a broad scope of benefit plan and non-profit organizations, including registered and unregistered pension funds, foreign pension plans, health and welfare trusts, employee benefit plans, employee trusts, training trust funds, self-funded leave plans, supplementary unemployment benefit plans, fraternal benefit societies, industry stabilization funds and registered charities.

Roberto brings to his practice a pragmatic and results oriented approach influenced by his diverse professional experiences, including interim executive administrator of the benefits administration company for various benefit funds maintained by the International Brotherhood of Electrical Workers, Local 353; in-house counsel and human resource manager for a large Canadian distribution company; and his extensive volunteer and *pro-bono* work with a variety of charitable organizations.

Roberto has written extensively in the area of pension and employee benefits. He is a primary editor and contributor to *Employee Benefits in Canada* (Third Edition Revised), published by the International Foundation of Employee Benefit Plans, which is used as a primary resource by several Canadian educational institutions.

*practising through a Professional Corporation

# Experience

---



JUSTICE MATTERS

- Pension Commission hearing on behalf of a group of retirees resulting in partial wind-up order of the McDonnell Douglas Canadian Pension Plan for Salaried Employees; Gary Maynard and Superintendent of Pensions
- Bathgate v. National Hockey League Pension Society
- Auto Sector Restructuring – Establishment of Employee Life Health Trusts

## Education

LL.B., 1994, University of Toronto

B.A., 1989, University of Western Ontario

## Member/Affiliations

Member, International Foundation of Employee Benefit Plans

Volunteer and Past Board Member, The Regent Park Community Health Centre

Volunteer and Past Chair of the Board of Trustees, Pathways to Education Trust Fund and Founding Director of Pathways to Education Canada