# Exhibit 10

**EXHIBIT 10**

*In re Silvergate Capital Corporation Sec. Litig.*,
Case No. 3:22-cv-01936-JES-MSB (S.D. Cal.)

**BREAKDOWN OF PLAINTIFFS' COUNSEL'S
LITIGATION EXPENSES BY CATEGORY**

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $2,319.00 |
| Service of Process | $1,798.25 |
| On-Line Factual Research | $18,150.95 |
| On-Line Legal Research | $112,392.91 |
| Telephone | $972.46 |
| Postage, Express Mail & Hand Delivery | $840.07 |
| Local Transportation | $1,729.15 |
| Outside Copying & Printing | $1,616.10 |
| Out-of-Town Travel | $32,655.31 |
| Working Meals | $2,669.86 |
| Court Reporting & Transcripts | $13.20 |
| Experts & Consultants | $178,807.15 |
| Bankruptcy Counsel | $499,280.00 |
| Witness Counsel | $9,810.00 |
| Mediation Fees | $128,312.80 |
| Investigative Services | $281.53 |
|  |  |
| **TOTAL EXPENSES:** | **$991,648.74** |