EXHIBIT 1

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

**COHEN MILSTEIN SELLERS**
  **& TOLL PLLC**
CAROL V. GILDEN (*pro hac vice*)
cgilden@cohenmilstein.com
200 S. Wacker Drive, Suite 2375
Chicago, IL 60606
Tel: (312) 629-3737

*Lead Counsel for Plaintiffs*
*and the Settlement Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SILVERGATE CAPITAL CORPORATION SECURITIES LITIGATION | Case No. 3:22-cv-01936-JES-MSB<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF LUIGGY SEGURA REGARDING: (A) MAILING OF THE NOTICE AND CLAIM FORM; AND (B) REPORT ON REQUESTS FOR EXCLUSION RECEIVED** |

I, LUIGGY SEGURA, declare as follows:

1.    I am the Vice President of Securities Operations at JND Legal Administration ("JND"). Pursuant to the Court's May 22, 2025 Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice (ECF No. 140) (the "Preliminary Approval Order"), JND was retained to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action (the "Action").[1] I am over 21 years of age and am not a party to the Action.

2.    I submit this declaration as a supplement to my previously filed declaration, the Declaration of Luiggy Segura Regarding: (A) Mailing of the Notice and Claim Form; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion Received to Date, dated July 30, 2025 (ECF No. 145-8) (the "Initial Mailing Declaration"). The following statements are based on my personal knowledge and information provided to me by other experienced JND employees, and, if called as a witness, I could testify competently thereto.

### UPDATE ON DISSEMINATION OF THE NOTICE PACKET

3.    Since the initial mailing of Notice Packets on June 16, 2025 (the "Initial Mailing"), JND has undertaken substantial efforts to ensure that brokers/nominees responded in a timely manner either by providing JND with the names and addresses of potential Settlement Class Members or by requesting notices, in bulk, to forward directly to their clients. To that end, JND caused reminder postcards to be mailed to the brokers/nominees and third-party filers who did not respond to the Initial Mailing, advising these entities of their obligation to facilitate notice of the Settlement to their clients who purchased Silvergate Capital common stock and/or

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated May 9, 2025 (ECF No. 139-1) (the "Stipulation").

SEGURA SUPPLEMENTAL DECL.                    Case No. 3:22-cv-01936-JES-MSB
REGARDING MAILING

Silvergate Capital Preferred Stock (together "Silvergate Capital Stock") during the Class Period. JND also reached out via telephone and email to the top 100 brokers/nominees and third-party filers.

4.      Since the Initial Mailing, JND has continued to disseminate copies of the Notice Packet in response to requests from potential Settlement Class Members and brokers/nominees. As of August 25, 2025, a total of 218,496 Notice Packets have been mailed to potential Settlement Class Members by JND and broker/nominees.

**UPDATE ON CALL CENTER SERVICES AND SETTLEMENT WEBSITE**

5.      JND continues to maintain the toll-free telephone number (866-287-0746) and Interactive Voice Recording ("IVR") to accommodate inquiries about the Settlement from potential Settlement Class Members. JND has promptly responded to each telephone inquiry and will continue to respond to Settlement Class Member inquiries via the toll-free telephone number.

6.      JND also continues to maintain the website dedicated to the Settlement, www.SilvergateSecuritiesLitigation.com (the "Settlement Website"), to assist potential Settlement Class Members. On July 30, 2025, JND posted to the Settlement Website copies of the papers regarding Plaintiffs' motion for final approval of the Settlement and Plan of Allocation and Lead Counsel's motion for attorneys' fees and Litigation Expenses. JND will continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of the administration of the Settlement.

**REQUESTS FOR EXCLUSION RECEIVED**

7.      The Notice informs potential Settlement Class Members that requests for exclusion from the Settlement Class must be submitted by mail addressed to Silvergate Securities Litigation, EXCLUSIONS, c/o JND Legal Administration, P.O. Box 91072, Seattle, WA 98111, and must be received no later than August 13, 2025. JND has monitored all mail delivered to the P.O. box for the Settlement. As

SEGURA DECL. SUPPLEMENTAL REGARDING MAILING                    2                    Case No. 3:22-cv-01936-JES-MSB

of the date of this Declaration, JND has received nine (9) requests for exclusion. Seven were received before the August 13, 2025 deadline and two were received after the deadline. A list of the names of the persons and entities who requested exclusion from the Settlement Class and their city and state (or foreign county) is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of August, 2025.

_____
LUIGGY SEGURA

SEGURA DECL. SUPPLEMENTAL          3          Case No. 3:22-cv-01936-JES-MSB
REGARDING MAILING

**Exhibit A**

1.   Donald Lee Dodson II
     Moulton, AL

2.   Wang Ke Jun
     SINGAPORE

3.   Kenneth A. Kerschen
     Cunningham, KS

4.   Ralph Lawrence Mateo
     Fairfield, CA

5.   Darren Mayberry
     Salem, SC

6.   Paul McAffee
     Marian D. McAffee
     Minden, NV

7.   Sean W. Ogden
     Boston, MA

8.   Eliza Pallasigue
     Las Vegas, NV

9.   Ronald Strickland
     Portsmouth, VA